**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| OCONEE REGIONAL HEALTH SYSTEMS, INC., | ) ) | Case No. 17- 51005-AEC |
| Debtor. | ) ) ) | |
| | ) | |
| In re: | ) ) | Chapter 11 |
| OCONEE REGIONAL MEDICAL CENTER, INC., | ) ) | Case No. 17-51006-AEC |
| Debtor. | ) ) ) | |
| | ) | |
| In re: | ) ) | Chapter 11 |
| OCONEE REGIONAL HEALTH SERVICES, INC., | ) ) | Case No. 17-51007-AEC |
| Debtor. | ) ) ) | |
| | ) | |
| In re: | ) ) | Chapter 11 |
| OCONEE REGIONAL EMERGENCY MEDICAL SERVICES, INC. | ) ) | Case No. 17-51008-AEC |
| Debtor. | ) ) ) | |
| | ) | |
| In re: | ) ) | Chapter 11 |
| OCONEE REGIONAL HEALTH VENTURES, INC., | ) ) | Case No. 17-51009-AEC |
| Debtor. | ) ) ) | |
| | ) | |

6673277

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| OCONEE INTERNAL MEDICINE, LLC ) | |
| ) | Case No. 17-51010-AEC |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | Chapter 11 |
| OCONEE ORTHOPEDICS, LLC, ) | |
| ) | Case No. 17-51011-AEC |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | Chapter 11 |
| ORHV SANDERSVILLE FAMILY ) | |
| PRACTICE, LLC, ) | Case No. 17- 51012-AEC |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | Chapter 11 |
| OCONEE REGIONAL SENIOR ) | |
| LIVING, INC.,[1] ) | |
| ) | Case No. 17-51013-AEC |
| Debtor. ) | |

**DEBTORS' MOTION FOR ORDER DIRECTING JOINT
ADMINISTRATION OF RELATED CHAPTER 11 CASES**

Oconee Regional Health Systems, Inc., Oconee Regional Medical Center, Inc., Oconee

Regional Health Services, Inc., Oconee Regional Emergency Medical Services, Inc., Oconee

---

[1]   The last four digits of the employer identification number for each of the Debtors follow in parenthesis: (i) Oconee Regional Health Systems, Inc. (9394), (ii) Oconee Regional Medical Center, Inc. (9398), (iii) Oconee Regional Health Services, Inc. (9397), (iv) Oconee Regional Emergency Medical Services, Inc. (3857), (v) Oconee Regional Health Ventures, Inc. (sometimes d/b/a Oconee Neurology Services) (8516), (vi) Oconee Internal Medicine, LLC (1712), (vii) Oconee Orthopedics, LLC (3694), (viii) ORHV Sandersville Family Practice, LLC (1236), and (ix) Oconee Regional Senior Living, Inc. (5613). The Debtors' corporate mailing address is 821 North Cobb Street, Milledgeville, Georgia, 31061.

- 2 -

6673277

Regional Health Ventures, Inc. (sometimes d/b/a Oconee Neurology Services), Oconee Internal Medicine, LLC, Oconee Orthopedics, LLC, ORHV Sandersville Family Practice, LLC, and Oconee Regional Senior Living, Inc. (collectively, the "*Debtors*") file this motion (the "*Motion*") for an order, substantially in the form attached hereto, directing the joint administration of the above-captioned cases for procedural purposes only.

The Debtors are seeking an expedited hearing and emergency relief on this Motion. However, as set forth in the proposed form of order attached to this Motion, any emergency relief on this Motion will be subject to the right of any party in interest to file a written objection to this Motion or to any Order on this Motion within twenty-one (21) days of the date hereof, upon which time the Court will convene a hearing to consider such objection. Absent the filing of such a timely objection, then any order on this Motion will immediately thereafter be deemed a final order. Further information supporting the expedited relief on this and certain other "first day" motions can be found in the Debtors' Motion for Expedited Hearing and Emergency Interim Relief Pursuant to Local Bankruptcy Rule 2002-1(G).

In support of this Motion, the Debtors respectfully represent as follows:

**Background**

1. On May 10 and 11, 2017 (the "*Petition Dates*"), the Debtors filed voluntary petitions with the United States Bankruptcy Court for the Middle District of Georgia, Macon Division under Chapter 11 of Title 11 of the United States Code (the "*Bankruptcy Code*"). Since the Petition Dates, the Debtors have continued in possession of their properties and have operated and managed their businesses as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2.      The Debtor Oconee Regional Health Systems, Inc. ("***ORHS***") is a not-for-profit healthcare system that, through various affiliates, provides critical medical services to the citizens and communities of central Georgia.  ORHS can generally be thought of as three legally separate, but closely affiliated, operations.

3.      First, chief among the ORHS structure is the Debtor Oconee Regional Medical Center, Inc. ("***ORMC***"), a not-for-profit hospital located in Milledgeville, Georgia.  ORHS owns the equity of ORMC.  ORMC provides acute and skilled nursing services through a 140-bed general acute care hospital and 15-bed skilled nursing unit.  ORMC is the only general acute-care hospital within a 30-mile radius and is the largest hospital in the ~4,400 square mile area between Macon, Augusta, and Atlanta, Georgia.  Over the last twelve months, ORMC had approximately 2,600 inpatient admissions with an average length of stay of 3.9 days, as well as over 33,000 emergency room visits and over 2,100 skilled nursing patient days.

4.      Second, the Debtor Oconee Regional Health Ventures, Inc. ("***ORHV***"), a for-profit entity owned by ORHS, operates two wholly-owned clinics and one majority-owned outpatient clinic, all in and around Milledgeville, Georgia.  These ORHV subsidiaries are Debtors Oconee Internal Medicine, LLC and Oconee Orthopedics, LLC, and non-Debtor Oconee Sleep & Wellness Center, LLC (which is 71% owned by ORHV).  In addition, ORHV has certain operations of its own, as it sometimes does business as Oconee Neurology.

5.      Third and finally, ORHS owns the equity of Oconee Regional Healthcare Foundation, Inc. (the "***Foundation***"), a small, non-profit entity that raises money to support certain charitable, educational, and scientific goals and missions of ORHS.  The Foundation is not a Debtor.

6.  The last four of the Debtors are Oconee Regional Health Services, Inc., Oconee Regional Emergency Medical Services, Inc., Oconee Regional Senior Living, Inc., and ORHV Sandersville Family Practice, LLC, all of which discontinued their operations some time before the Petition Dates. These companies have no material assets or liabilities, other than intercompany items or miscellaneous guarantees.

7.  A separate non-debtor affiliate, Jasper Health Services, Inc., operates its own 17-bed critical access hospital (Jasper Memorial Hospital) and a 55-bed skilled nursing facility (The Retreat), neither of which operations are debtors in these cases and both of which continue to operate in the ordinary course of their business.

8.  Further information about the Debtors and these Chapter 11 cases, a corporate chart showing the structure of the Debtors and non-debtors, and additional facts in support of this Motion can be found in the Declaration of Steven M. Johnson in Support of Chapter 11 Filings and Certain Initial Relief Requested (Doc. No. 2).

9.  As of the date hereof, no official committee of unsecured creditors has been appointed in any of these cases, and no request has been made for the appointment of an examiner or trustee.

**Jurisdiction, Venue, and Statutory Predicate**

10. This Court has jurisdiction over these cases pursuant to 28 U.S.C. §§ 157 and 1334. Venue of these cases is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. This Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

11. The statutory predicates for the relief requested in this Motion are Fed. R. Bankr. P. 1015(b) and Local Bankruptcy Rule 1015-2.

### Relief Requested

12. By this Motion, the Debtors seek joint administration of these cases, such that all pleadings, motions, orders, and other matters of record may be filed in a single proceeding.

### Basis for Relief

13. Fed. R. Bankr. P. 1015(b) provides, in relevant part, that if "two or more petitions are pending in the same court by . . . a debtor and an affiliate, the court may order a joint administration of the estates." The Debtors are "affiliates" as that term is defined in 11 U.S.C. § 101(2). Accordingly, this Court is authorized to grant the Debtors' request to consolidate these cases for procedural purposes.

14. Joint administration of these Chapter 11 cases is warranted. First, joint administration is appropriate because the Debtors operate under common ownership and as part of a larger enterprise. Because the Debtors have certain creditors and other parties in interest in common, joint administration of these cases will avoid the preparation, replication, filing, and service of duplicative motions, notices, applications, and orders, thereby saving the Debtors and their estates considerable time and expense. The same savings will be realized by creditors, which will only need to file matters in one case. Second, because the Debtors only seek administrative consolidation of these cases—and not substantive consolidation of their bankruptcy estates—creditors' rights will not be adversely affected. Each creditor must still file its claim against a particular estate, and thus joint administration will not create a merger of creditors' rights or the Debtors' liability.

15. Third, rather than adversely affect creditors, joint administration will keep all creditors and parties in interest apprised of all the various matters before the Court in these

Chapter 11 cases. Finally, supervision of the administrative aspects of these Chapter 11 cases by the U.S. Trustee for the Middle District of Georgia will be simplified.

16. The Debtors also request that the Court designate Case No. 17-51005 as the lead case and that the caption of the cases be modified to reflect the joint administration of these Chapter 11 cases, as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| OCONEE REGIONAL HEALTH ) | |
| SYSTEMS, INC., *et al.*,[1] ) | Case No. 17-51005-AEC |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

[1] The last four digits of the employer identification number for each of the Debtors follow in parenthesis: (i) Oconee Regional Health Systems, Inc. (9394), (ii) Oconee Regional Medical Center, Inc. (9398), (iii) Oconee Regional Health Services, Inc. (9397), (iv) Oconee Regional Emergency Medical Services, Inc. (3857), (v) Oconee Regional Health Ventures, Inc. (sometimes d/b/a Oconee Neurology Services) (8516), (vi) Oconee Internal Medicine, LLC (1712), (vii) Oconee Orthopedics, LLC (3694), (viii), ORHV Sandersville Family Practice, LLC (1236), and (ix) Oconee Regional Senior Living, Inc. (5613). The Debtors' corporate mailing address is 821 North Cobb Street, Milledgeville, Georgia, 31061.

17. The Debtors also seek the Court's authorization that a notation, substantially similar to the following notation, be entered by the Clerk on the docket of each of the Debtors' cases to reflect the joint administration as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases of Oconee Regional Health Systems, Inc., Oconee Regional Medical Center, Inc., Oconee Regional Health Services, Inc., Oconee Regional Emergency Medical Services, Inc., Oconee Regional Health Ventures, Inc. (sometimes d/b/a Oconee Neurology Services), Oconee Internal Medicine, LLC, Oconee Orthopedics, LLC, ORHV Sandersville Family Practice, LLC, and Oconee Regional Senior Living, Inc. The docket in the case of Oconee Regional Health Systems, Inc., Case No. 17-51005 should be consulted for all matters affecting this case.

18. Finally, the Debtors seek authority to file their monthly operating reports required by the U.S. Trustee Operating Guidelines on a consolidated basis because: (a) consolidated reports will further administrative economy and efficiency without prejudice to any party in interest; and (b) the reports will accurately reflect the Debtors' business operations and financial affairs.

19. Based on the foregoing, the Debtors submit that the relief requested in this Motion is necessary and appropriate, is in the best interests of their estates and creditors, and should be granted in all respects.

## No Prior Request

20. No previous request for the relief sought herein has been made by the Debtors to this or any other court.

## Notice

21. Notice of this Motion has been given to the following parties, or to their counsel: (a) the Office of the United States Trustee for the Middle District of Georgia; (b) each of the Debtors' twenty largest unsecured creditors; (c) counsel to U.S. Bank National Association, as Bond Trustee, (d) the office of the Georgia Attorney General; (e) counsel to Prime Healthcare Foundation, Inc., (f) Navicent Health, Inc., and (g) counsel to Jasper Health Services, Inc.. In light of the nature of the relief requested, the Debtors respectfully submit that no further notice is necessary.

**Conclusion**

WHEREFORE, the Debtors respectfully request that the Court enter an order substantially in the form attached hereto, granting the relief requested herein and granting the Debtors such other and further relief as the Court deems just and proper.

Dated:  May 11, 2017

        **BRYAN CAVE LLP**

        */s/ Mark I. Duedall*
        Mark I. Duedall (Ga. Bar No. 231770)
        Leah Fiorenza McNeill (Ga. Bar No. 940554)
        One Atlantic Center, Fourteenth Floor
        1201 W. Peachtree Street, NW
        Atlanta, Georgia  30309-3471
        Telephone:  (404) 572-6600
        Facsimile:   (404) 572-6999
        Email:        Mark.Duedall@bryancave.com
        Email:        Leah.Fiorenza@bryancave.com

        *Proposed Counsel for the Debtors and*
        *Debtors-in-Possession*

6673277

# EXHIBIT A

# PROPOSED ORDER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| OCONEE REGIONAL HEALTH ) | |
| SYSTEMS, INC., ) | Case No. 17-51005-AEC |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| In re: ) | |
| ) | Chapter 11 |
| OCONEE REGIONAL MEDICAL ) | |
| CENTER, INC., ) | Case No. 17-51006-AEC |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| In re: ) | |
| ) | Chapter 11 |
| OCONEE REGIONAL HEALTH ) | |
| SERVICES, INC., ) | Case No. 17-51007-AEC |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| In re: ) | |
| ) | Chapter 11 |
| OCONEE REGIONAL EMERGENCY ) | |
| MEDICAL SERVICES, INC. ) | Case No. 17-51008-AEC |
| ) | |
| Debtor. ) | |

6673277

|  |  |
|---|---|
| In re: | |
| OCONEE REGIONAL HEALTH VENTURES, INC., | Chapter 11 |
| | Case No. 17-51009-AEC |
| Debtor. | |
| In re: | |
| OCONEE INTERNAL MEDICINE, LLC | Chapter 11 |
| | Case No. 17-51010-AEC |
| Debtor. | |
| In re: | |
| OCONEE ORTHOPEDICS, LLC, | Chapter 11 |
| | Case No. 17-51011-AEC |
| Debtor. | |
| In re: | |
| ORHV SANDERSVILLE FAMILY PRACTICE, LLC, | Chapter 11 |
| | Case No. 17-51012-AEC |
| Debtor. | |
| In re: | |
| OCONEE REGIONAL SENIOR LIVING, INC., | Chapter 11 |
| | Case No. 17-51013-AEC |
| Debtor. | |

**ORDER DIRECTING JOINT ADMINISTRATION**
**<u>OF RELATED CHAPTER 11 CASES</u>**

- 2 -

Oconee Regional Health Systems, Inc., Oconee Regional Medical Center, Inc., Oconee Regional Health Services, Inc., Oconee Regional Emergency Medical Services, Inc., Oconee Regional Health Ventures, Inc. (sometimes d/b/a Oconee Neurology Services), Oconee Internal Medicine, LLC, Oconee Orthopedics, LLC, ORHV Sandersville Family Practice, LLC, and Oconee Regional Senior Living, Inc. (collectively, the "***Debtors***") filed a motion (the "***Motion***," Doc. No. 21) for an order for entry of an order directing the joint administration of Debtors' related Chapter 11 cases for procedural purposes only pursuant to Fed. R. Bankr. P. 1015(b) and Local Bankruptcy Rule 1015-2.

The Court has jurisdiction to consider the Motion and the relief requested in the Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue of these cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The Motion and the relief requested in the Motion constitute a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

The Debtors sought an expedited hearing and emergency, interim relief on the Motion. Debtors' Motion for Expedited Hearing and Emergency Interim Relief Pursuant to Local Bankruptcy Rule 2002-1(G) (Doc. No. 11). In light of the relief requested, this Court granted the request for an expedited hearing, in its Order Granting Debtors' Motion for Expedited Hearing to Consider Certain Interim, First-Day Relief (Doc. No. 15).

The Court has considered the Motion and the statements and arguments made at a hearing on the Motion held on May 12, 2017. This Court has determined that the relief requested in the Motion is in the best interests of Debtors, their estates, creditors, and other parties in interest. Debtors gave due and proper notice of the Motion and the Court has determined that additional or further notice of the Motion is not necessary. The Court has

- 3 -

6673277

determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted in this Order, and after due deliberation, and sufficient cause appearing therefor,

**IT IS ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The above-captioned Chapter 11 cases shall hereby be jointly administered by this Court in the case of Oconee Regional Health Systems, Inc., Case No. 17-51005.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise causing the substantive consolidation of these Chapter 11 cases.

4. The caption of these jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| OCONEE REGIONAL HEALTH | ) | |
| SYSTEMS, INC., *et al.*,[1] | ) | Case No. 17-51005-AEC |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

[1] The last four digits of the employer identification number for each of the Debtors follow in parenthesis: (i) Oconee Regional Health Systems, Inc. (9394), (ii) Oconee Regional Medical Center, Inc. (9398), (iii) Oconee Regional Health Services, Inc. (9397), (iv) Oconee Regional Emergency Medical Services, Inc. (3857), (v) Oconee Regional Health Ventures, Inc. (sometimes d/b/a Oconee Neurology Services) (8516), (vi) Oconee Internal Medicine, LLC (1712), (vii) Oconee Orthopedics, LLC (3694), (viii) ORHV Sandersville Family Practice, LLC (1236), and (ix) Oconee Regional Senior Living, Inc. (5613). The Debtors' corporate mailing address is 821 North Cobb Street, Milledgeville, Georgia, 31061.

5. The Clerk of this Court is directed to make a docket entry in all the above-captioned cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases of Oconee Regional Health Systems, Inc., Oconee Regional Medical Center, Inc., Oconee Regional Health Services,

- 4 -

6673277

Inc., Oconee Regional Emergency Medical Services, Inc., Oconee Regional Health Ventures, Inc. (sometimes d/b/a Oconee Neurology Services), Oconee Internal Medicine, LLC, Oconee Orthopedics, LLC, ORHV Sandersville Family Practice, LLC, and Oconee Regional Senior Living, Inc.  The docket in the case of Oconee Regional Health Systems, Inc., Case No. 17-51005 should be consulted for all matters affecting this case.

6. Any party in interest in these Chapter 11 cases shall have until May 31, 2017 to file a written objection to the Motion or to this Order.  Any such objection must be served upon (a) Debtors' counsel, Bryan Cave, LLP, 1201 West Peachtree Street, NW, 14th Floor, Atlanta, Georgia 30309, Attention: Mark Duedall, (b) counsel to the Bond Trustee, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, MA  02111, Attention: Ian A. Hammel and (c) the Office of the United States Trustee, 440 Martin Luther King Jr. Boulevard, Suite 302, Macon, Georgia 31201-7910 (Attn: Elizabeth A. Hardy).  If any objection is timely filed and served, then the Court will convene a hearing to consider such objection, but this Order shall remain in full force and effect and binding in all respects unless and until there is any further ruling from this Court.  If no objection is timely filed and served, then this Order will be deemed a final order without need for any further action of this Court.

7. This Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the implementation of this Order.

8. The Debtors are directed, within two business days of the entry of this Order, to serve a copy of this Order upon all the parties which were served with the Motion, along with any parties that have filed notice of appearance in these cases.

*** END OF DOCUMENT ***

- 5 -

6673277

*Prepared and presented by:*

**BRYAN CAVE LLP**

/s/ *Mark I. Duedall*
Mark I. Duedall (Ga. Bar No. 231770)
Leah Fiorenza McNeill (Ga. Bar No. 940554)
One Atlantic Center - Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, Georgia  30309-3471
Telephone:   (404) 572-6600
Facsimile:    (404) 572-6999
Email:  Mark.Duedall@bryancave.com
Email:  Leah.Fiorenza@bryancave.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*

# CERTIFICATE OF SERVICE

This is to certify that on the date set forth below, I electronically filed the foregoing Debtors' Motion for Order Directing Joint Administration of Related Chapter 11 Cases, along with a proposed form of order.  On the same date, I also caused the parties set forth below to be served with the foregoing by United States First Class mail, postage pre-paid:

| | |
|---|---|
| Elizabeth A. Hardy<br>Robert G. Fenimore<br>Office of the United States Trustee<br>440 Martin Luther King Jr. Boulevard<br>Suite 302<br>Macon, Georgia  31201-7910 | P. Miyoko Sato<br>Ian A. Hammel<br>Mintz, Levin, Cohn, Ferris, Glovsky<br>  and Popeo, P.C.<br>One Financial Center<br>Boston, MA  02111 |
| Paul K. Ferdinands<br>Thomas Hawk<br>King & Spalding LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA  30309 | John Thomson<br>Adams and Reese LLP<br>3424 Peachtree Road NE – Suite 450<br>Atlanta, GA  30326 |
| Navicent Health, Inc.<br>Attn: Kenneth B. Banks<br>691 Cherry Street – Suite 700<br>Macon, GA  31201 | Michele P. Madison<br>Morris Manning & Martin LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Road NE<br>Atlanta, GA  30326 |
| W. Wright Banks, Jr.<br>Office of the Attorney General<br>State of Georgia<br>40 Capitol Square, SW<br>Atlanta, GA  30303 | Aramark CTS, LLC<br>Attn: Anthony Dixon<br>2300 Warrenville Road<br>Downers Grove, IL  60515 |
| Aristoi, Inc.<br>Attn: Jeremy Collins<br>624 28th Street North<br>Birmingham, AL  35203 | Baldwin Physician Services, LLC<br>Attn: Racheal St. Romain<br>200 Corporate Boulevard – Suite 201<br>Lafayette, LA  70508 |
| Biomet Sports Medicine, Inc.<br>Attn: Andrew Swan<br>56 East Bell Drive<br>Warsaw, IN  46582 | Center of Medicare and Medicaid Service<br>Attn: Kristen Dixon<br>64 Forsyth Street – Suite 4T20<br>Atlanta, GA  30303-8909 |

6673277

| | |
|---|---|
| Clinical Colleagues, Inc.<br>Attn: Alex Gorecki<br>1121 North Bethlehem Pike – Suite 60-234<br>Spring House, PA  19477 | Crown Health Care Laundry Services, Inc.<br>Attn: Sam Anderson<br>1501 North Guillemard Street<br>Pensacola, FL  32501 |
| Georgia Power Company<br>Attn: Paul Bowers, CEO<br>241 Ralph McGill Boulevard<br>Atlanta, GA  30308 | Healthcare Services Group, Inc.<br>3220 Tillman Drive – Suite 300<br>Bensalem, PA  19020 |
| Medical Information Technology, Inc.<br>Attn: Michael Sierra<br>Meditech Circle<br>Westwood, MA  02090 | Medline Industries, Inc.<br>Attn: Erica Farmer<br>1 Medline Place<br>Mundelein, IL  60060 |
| Monica Ingram<br>c/o G. Anthony Hall<br>The Law Office of G. Anthony Hall<br>3355 Lenox Road – Suite 750<br>Atlanta, GA  30326 | Quest Diagnostics Clinical Laboratories<br>Attn: Thomas Fuller<br>1777 Montreal Circle<br>Tucker, GA  30084 |
| Siemens Healthcare Diagnostics, Inc.<br>Glasgow Business Community Building<br>Building 500<br>Newark, DE  19714 | Smith & Nephew Endoscopy<br>Attn: Cara Bunn<br>150 Minuteman Road<br>Andover, MA  01810 |
| Stryker Orthopaedics<br>Attn: Max Dixon<br>325 Corporate Drive<br>Mahwah, NJ  07430 | Varian Oncology Systems<br>Attn: Dan Spurgeon<br>3100 Hansen Way<br>Palo Alto, CA  94304 |
| Catherine Roberts, MD<br>641 West Thomas Street<br>Milledgeville, GA  31061 | McKesson Medical Surgical<br>9954 Maryland Drive – Suite 400<br>Henrico, VA  23233 |
| Oconee Medical Associates LLC<br>641 West Thomas Street<br>Milledgeville, GA  31061 | Willis Reid Roberts, Jr., MD<br>641 West Thomas Street<br>Milledgeville, GA  31061 |
| Besse Medical Supply<br>1576 Solutions Circle<br>Chicago, IL  60677 | Chilivis Cochran Larkins & Bever<br>3127 Maple Drive NE<br>Atlanta, GA  30305 |
| Gerald Grimes Plumbing<br>112 Joyner Road NE<br>Milledgeville, GA  31061 | Healthcare Management Services<br>6501 Peake Road – Suite 700<br>Macon, GA  31210 |

- 2 -

6673277

| | |
|---|---|
| James H. Extine, DO<br>1201 Columbia Drive<br>Milledgeville, GA  31061 | Ricoh USA, Inc.<br>5 Dedrick Place<br>Clardwell, NJ  07006 |
| Staples Advantage<br>Attn: Ron Sargent, CEO<br>125 Mushroom Boulevard<br>Rochester, NY  14623 | Steve Paul Niergarth, DO<br>1201 Columbia Drive<br>Milledgeville, GA  31061 |
| CompuGroup Medical<br>3300 N Central Avenue – Suite 2100<br>Phoenix, AZ  85012 | James A. Wilson, MD<br>425 North Cobb Street<br>Milledgeville, GA  31061 |
| EnduraCare AcuteCare<br>Attn: Rhonda Smith<br>381 Riverside Drive – Suite 400<br>Franklin, TN  37064 | |

This 11th day of May, 2017.

**BRYAN CAVE LLP**

/s/ *Leah Fiorenza McNeill*
Mark I. Duedall (Ga. Bar No. 231770)
Leah Fiorenza McNeill (Ga. Bar No. 940554)
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, Georgia  30309-3471
Email:     Mark.Duedall@bryancave.com
Email:     Leah.Fiorenza@bryancave.com
Telephone:  (404) 572-6600
Facsimile:   (404) 572-6999

*Proposed Counsel for the Debtors and Debtors-in-Possession*

6673277