**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| OCONEE REGIONAL HEALTH ) | |
| SYSTEMS, INC., *et al.*,[1] ) | Case No. 17-51005-AEC |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**NOTICE OF APPOINTMENT**
**OF**
**COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following Creditors to serve on the Committee of Unsecured Creditors:

**SEE EXHIBIT "A" ATTACHED**

This 16th day of May, 2017.

                                                                                           Respectfully submitted,

                                                                                           GUY G. GEBHARDT
                                                                                           ACTING UNITED STATES TRUSTEE,
                                                                                           REGION 21

                                                                                           /s/ Robert G. Fenimore

Office of the U.S. Trustee                             Robert G. Fenimore
440 Martin Luther King Jr. Blvd, Ste. 302      Trial Attorney
Macon, GA   31201                                    GA Bar No. 205202
(478) 752-3545                                           robert.g.fenimore@usdoj.gov

---

[1] The last four digits of the employer identification number for each of the Debtors follow in parenthesis: (i) Oconee Regional Health Systems, Inc. (9394), (ii) Oconee Regional Medical Center, Inc. (9398), (iii) Oconee Regional Health Services, Inc. (9397), (iv) Oconee Regional Emergency Medical Services, Inc. (3857), (v) Oconee Regional Health Ventures, Inc.(sometimes d/b/a Oconee Neurology Services) (8516), (vi) Oconee Internal Medicine, LLC (1712), (vii) Oconee Orthopedics, LLC (3694), (viii) ORHV Sandersville Family Practice, LLC (1236), and (ix) Oconee Regional Senior Living, Inc. (5613). The Debtors' corporate mailing address is 821 North Cobb Street, Milledgeville, Georgia, 31061.

**EXHIBIT "A"**

Baldwin Physician Services, LLC
200 Corporate Boulevard
Lafayette, LA 70508
(337) 609-1255
Ryan R. Domengeaux
ryan_domengeaux@schumacherclinical.com

EnduraCare AcuteCare
381 Riverside Drive, Suite 440
Franklin, TN 37064
(615) 861-8751
Art Doloresco
adoloresco@enduracareac.com

Varian Medical Systems
3290 Northside Pkwy., N.W., Suite 400
Atlanta, GA  30327
(678) 255-3859
James D. DuBrava
james.dubrava@varian.com

Aramark CTS, LLC
1101 Market Street, 29th Floor
Philadelphia, PA 19107
(215) 238-5979
Charles J. Reitmeyer
reitmeyer-charles@aramark.com

Medline Industries, Inc.
3 Lakes Drive
Northfield, IL 60093
(262) 367-7501, ext. 2252
Shane Reed
sreed@medline.com

Crown Health Care Laundry Services
1501 N. Guillemard Street
Pensacola, FL 32501
(850) 469-9909 ext 20
Cliff Haigler
chaigler@crownlaundry.com

Clinical Colleagues, Inc.
1121 North Bethlehem Pike
Suite 60-234
Spring House, PA 19477
(210) 822-2510, ext. 1
James P. Robinson, III
jim@jamesrobinsonlaw.com

**CERTIFICATE OF SERVICE**

        I hereby certify that I have served the foregoing pleading titled **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** either through the Court's electronic filing system or by placing a true and correct copy with the United States Postal Service with adequate postage affixed to assure first class delivery and addressed to:

Oconee Regional Health Systems, Inc., et al.
Attention: Steven M. Johnson, Interim CEO
and Authorized Signatory
821 North Cobb Street
Milledgeville, GA 31061

Mark I. Duedall
Leah Fiorenza McNeill
Attorneys for Debtors
Bryan Cave LLP
1201 West Peachtree Street
14th Floor
One Atlantic Center
Atlanta, GA 30309

Cliff Haigler, CFO
Crown Health Care Laundry Services
1501 N. Guillemard Street
Pensacola, FL 32501

Art Doloresco, CEO
EnduraCare AcuteCare
381 Riverside Drive, Suite 440
Franklin, TN 37064

James D. DuBrava
North American Accounts Receivable
Collections Manager
Varian Medical Systems3290 Northside Pkwy.,
N.W., Suite 400
Atlanta, GA 30327

Ryan R. Domengeaux, J.D.
Enterprise Chief Risk Officer
Baldwin Physician Services, LLC
200 Corporate Boulevard
Lafayette, LA 70508

Shane Reed
Director-Credit, A/R and Escalations Finance
Medline Industries, Inc.
3 Lakes Drive
Northfield, IL 60093

Charles J. Reitmeyer
VP & Assistant General Counsel
Aramark CTS, LLC
1101 Market Street, 29th Floor
Philadelphia, PA 19107

James P. Robinson, III
Clinical Colleagues, Inc.
700 N. St. Mary's St., Ste. 400
San Antonio, TX 78205

Clinical Colleagues, Inc.
1121 North Bethlehem Pike
Suite 60-234
Spring House, PA 19477

And the parties listed on the attached Lists of Creditors Holding 20 Largest Unsecured Claims

    This 16th day of May, 2017.

                                              /s/Robert G. Fenimore
                                              Robert G. Fenimore
                                              Trial Attorney
                                              GA Bar No. 205202
                                              robert.g.fenimore@usdoj.gov
                                              440 Martin Luther King Jr. Blvd.
                                              Suite 302
                                              Macon, GA  31201
                                              (478) 752-3545

**Fill in this information to identify the case:**

Debtor name: Oconee Regional Health Systems, Inc.

United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alice Loper<br>251 East Riverbend Drive<br>Milledgeville, GA 31061 | | Potential Rights of Indemnity | Contingent Unliquidated | | | $0.00 |
| Deborah Block<br>821 North Cobb Street<br>Milledgeville, GA 31061 | | Potential Rights of Indemnity | Contingent Unliquidated | | | $0.00 |
| Marshall Ivey, M.D.<br>248 Ivey Drive<br>Milledgeville, GA 31061 | | Potential Rights of Indemnity | Contingent Unliquidated | | | $0.00 |
| Michael A. Vaughn<br>821 North Cobb Street<br>Milledgeville, GA 31061 | | Potential Rights of Indemnity | Contingent Unliquidated | | | $0.00 |
| Michael Anderson<br>105 Partridge Road<br>Milledgeville, GA 31061 | | Potential Rights of Indemnity | Contingent Unliquidated | | | $0.00 |
| Micheal Duke, M.D.<br>247 West Lakeview Drive<br>Milledgeville, GA 31061 | | Potential Rights of Indemnity | Contingent Unliquidated | | | $0.00 |
| Monica Ingram<br>c/o The Law Offices of Anthony Hall, LLC<br>G. Anthony Hall, Esq.<br>3355 Lenox Road, Suite 750<br>Atlanta, GA 30326 | G. Anthony Hall, Esq.<br>ahall@thelawoffice ofanthonyhall.com<br>404.252.3208 | Alleged claims under ADA and FMLA | Contingent Unliquidated Disputed | | | $51,599.50 |

Debtor   **Oconee Regional Health Systems, Inc.**                                Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Navicent Health, Inc. Attn: Kenneth B. Banks 691 Cherry Street Suite 700 Macon, GA 31201 | | Subordinate Secured Promissory Note and Settlement Agreement | | | | $161,111.36 |
| Navicent Health, Inc. Attn: Kenneth B. Banks 691 Cherry Street Suite 700 Macon, GA 31201 | | Subordinate Secured Promissory Note and Settlement Agreement | | | | $106,839.04 |
| Phyllis M. Parks-Veal, M.D. 151 Arbor Way Milledgeville, GA 31061 | | Potential Rights of Indemnity | Contingent Unliquidated | | | $0.00 |
| Prabhdeep Brar, M.D. 157 Northwoods' Drive, NW Milledgeville, GA 31061 | | Potential Rights of Indemnity | Contingent Unliquidated | | | $0.00 |
| Steven M. Johnson 821 North Cobb Street Milledgeville, GA 31061 | | Potential Rights of Indemnity | Contingent Unliquidated | | | $0.00 |
| Ted Zarkowsky 108 NE Lakeview Circle Milledgeville, GA 31061 | | Potential Rights of Indemnity | Contingent Unliquidated | | | $0.00 |
| Tyrone Evans Post Office Box 279 Hardwick, GA 31034 | | Potential Rights of Indemnity | Contingent Unliquidated | | | $0.00 |
| Vanessa Walker 821 North Cobb Street Milledgeville, GA 31061 | | Potential Rights of Indemnity | Contingent Unliquidated | | | $0.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Oconee Regional Medical Center, Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF GEORGIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aramark CTS, LLC Attn: Kenneth Sandifer, CEO & President 2300 Warrenville Road Downers Grove, IL 60515 | Anthony Dixon dixon-anthony@aramark.com (404) 822-6769 | Trade Debt | | | | $299,098.02 |
| Aristol, Inc. 624 28th Street North Birmingham, AL 35203 | Jeremy Collins collinsj@arlstoer.com (205) 313-5205 | Trade Debt | | | | $51,487.34 |
| Baldwin Physician Services, LLC 200 Corporate Boulevard Suite 201 Lafayette, LA 70508 | Racheal St. Romain Racheal_StRomain@Schumacherclinical.com (337) 609-2603 | Trade Debt | | | | $257,473.94 |
| Biomet Sports Medicine, Inc. 56 East Bell Drive Warsaw, IN 46582 | Andrew Swan aswan70@hotmail.com (800) 797-8887 | Trade Debt | | | | $75,261.32 |
| Center for Medicare and Medicaid Service Attn: Kristen Dixon Suite 4T20 61 Forsyth Street Atlanta, GA 30303-8909 | Kristen Dixon (404) 562-7368 ROATLFM@cms.hhs.gov | Potential Overpayment of Claims | Contingent Unliquidated Disputed | | | $1,489,825.63 |

Debtor   Oconee Regional Medical Center, Inc.                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Clinical Colleagues, Inc. 1121 North Bethlehem Pike Suite 60-234 Spring House, PA 19477 | Alex Gorecki agorecki@clinicalcolleagues.com (850) 497-6702 | Trade Debt | | | | $193,083.03 |
| Crown Health Care Laundry Services, Inc. 1501 North Guillemard Street Pensacola, FL 32501 | Sam Anderson sama@crownlaundry.com (850) 207-1771 | Trade Debt | | | | $82,840.43 |
| EnduraCare AcuteCare 381 Riverside Drive Suite 440 Franklin, TN 37064 | Rhonda Smith rsmith@enduracareac.com (615) 861-8757 | Trade Debt | | | | $90,139.10 |
| Georgia Power Company Attn: Paul Bowers, CEO 241 Ralph McGill Boulevard Atlanta, GA 30308 | Paul Bowers, CEO | Trade Debt | | | | $59,213.83 |
| Healthcare Services Group, Inc. 3220 Tillman Drive Suite 300 Bensalem, PA 19020 | | Trade Debt | | | | $67,167.33 |
| Medical Information Technology, Inc. Meditech Circle Westwood, MA 02090 | Michael Sierra msierra@meditech.com (781) 774-4394 | Trade Debt | | | | $47,904.00 |
| Medline Industries, Inc. 1 Medline Place Mundelein, IL 60060 | Erica Farmer efarmer@medline.com (770) 238-7670 | Trade Debt | | | | $68,221.40 |
| Monica Ingram c/o The Law Office of Anthony Hall, LLC G. Anthony Hall, Esq. 3355 Lenox Road, Suite 750 Atlanta, GA 30326 | G. Anthony Hall, Esq. ahall@thelawofficeofanthonyhall.com (404) 250-3208 | Alleged claims under ADA and FMLA | Contingent Unliquidated Disputed | | | $51,599.50 |

Debtor  Oconee Regional Medical Center, Inc.　　　　　　　　　　　Case number (if known)　　　　　
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Navicent Health, Inc. Attn: Kenneth B. Banks 691 Cherry Street Suite 700 Macon, GA 31201 | Kenneth B. Banks banks.ken@navicenthealth.org (478) 633-6980 | Subordinate Secured Promissory Note and Settlement Agreement | | | | $161,111.36 |
| Navicent Health, Inc. Attn: Kenneth B. Banks 691 Cherry Street Suite 700 Macon, GA 31201 | Kenneth B. Banks Banks.Ken@NavicentHealth.org | Land Lot 282, Dist. 1, Baldwin County - 6.007 acres; Land Lots 282 and 295, Dist. 1, Baldwin County - 55.689 acres | | $106,839.04 | $0.00 | $106,839.04 |
| Quest Diagnostics Clinical Laboratories 1777 Montreal Circle Tucker, GA 30084 | Thomas Fuller thomas.a.fuller@questdiagnostics.com (229) 425-2938 | Trade Debt | | | | $72,283.56 |
| Siemens Healthcare Diagnostics, Inc. Glasgow Business Community Building Building 500 Post Office Box 6101 Newark, DE 19714 | | Trade Debt | | | | $74,653.73 |
| Smith & Nephew Endoscopy 150 Minuteman Road Andover, MA 01810 | Cara Bunn cara.bunn@smith-nephew.com (478) 796-4558 | Trade Debt | | | | $67,819.61 |
| Stryker Orthopaedics 325 Corporate Drive Mahwah, NJ 07430 | Max Dixon max.dixon@crosslinkortho.com (478) 508-8001 | Trade Debt | | | | $273,917.90 |
| Varian Oncology Systems 3100 Hansen Way Palo Alto, CA 94304 | Dan Spurgeon dan.spurgeon@varian.com (678) 416-9086 | Trade Debt | | | | $69,576.05 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Oconee Regional Health Services, Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF GEORGIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alan Horton<br>4009 NE Jeffrey Way<br>Milledgeville, GA 31061 | | Potential Rights of Indemnity | Contingent<br>Unliquidated | | | $0.00 |
| David Groseclose<br>128 Myrick Road<br>Milledgeville, GA 31061 | | Potential Rights of Indemnity | Contingent<br>Unliquidated | | | $0.00 |
| Michael A. Vaughn<br>821 North Cobb Street<br>Milledgeville, GA 31061 | | Potential Rights of Indemnity | Contingent<br>Unliquidated | | | $0.00 |
| Navicent Health, Inc.<br>Attn: Kenneth B. Banks<br>691 Cherry Street<br>Suite 700<br>Macon, GA 31201 | | Subordinate Secured Promissory Note and Settlement Agreement | | | | $161,111.36 |
| Navicent Health, Inc.<br>Attn: Kenneth B. Banks<br>691 Cherry Street<br>Suite 700<br>Macon, GA 31201 | | Subordinate Secured Promissory Note and Settlement Agreement | | | | $106,839.04 |
| Phyllis M. Parks-Veal, M.D.<br>151 Arbor Way<br>Milledgeville, GA 31061 | | Potential Rights of Indemnity | Contingent<br>Unliquidated | | | $0.00 |
| Steven M. Johnson<br>821 North Cobb Street<br>Milledgeville, GA 31061 | | Potential Rights of Indemnity | Contingent<br>Unliquidated | | | $0.00 |

Debtor   **Oconee Regional Health Services, Inc.**                                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ted Zarkowsky<br>108 NE Lakeview Circle<br>Milledgeville, GA 31061 | | Potential Rights of Indemnity | Contingent<br>Unliquidated | | | $0.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Oconee Regional Emergency Medical Services, Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF GEORGIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| -NONE- | | | | | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Oconee Regional Health Ventures, Inc., dba Oconee Neurology Services |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF GEORGIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alan Horton<br>4009 NE Jeffrey Way<br>Milledgeville, GA 31061 | | Potential Rights of Indemnity | Contingent Unliquidated | | | $0.00 |
| CompuGroup Medical<br>3300 N. Central Avenue<br>Suite 2100<br>Phoenix, AZ 85012 | | Trade Debt | | | | $405.49 |
| James A. Wilson, M.D.<br>425 North Cobb Street<br>Milledgeville, GA 31061 | | Accrued Bonus and Retirement Income | | | | $29,644.90 |
| James Smith, M.D.<br>154 O'Connor Drive<br>Milledgeville, GA 31061 | | Potential Rights of Indemnity | Contingent Unliquidated | | | $0.00 |
| Michael A. Vaughn<br>821 North Cobb Street<br>Milledgeville, GA 31061 | | Potential Rights of Indemnity | Contingent Unliquidated | | | $0.00 |
| Mickey Couey<br>Post Office Box 807<br>Milledgeville, GA 31059 | | Potential Rights of Indemnity | Contingent Unliquidated | | | $0.00 |
| Navicent Health, Inc.<br>Attn: Kenneth B. Banks<br>691 Cherry Street<br>Suite 700<br>Macon, GA 31201 | | Subordinate Secured Promissory Note and Settlement Agreement | | | | $161,111.36 |

Debtor  Oconee Regional Health Ventures, Inc., dba Oconee Neurology Services    Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Navicent Health, Inc. Attn: Kenneth B. Banks 691 Cherry Street Suite 700 Macon, GA 31201 | | Subordinate Secured Promissory Note and Settlement Agreement | | | | $106,839.04 |
| Prabhdeep Brar, M.D. 157 Northwoods' Drive, NW Milledgeville, GA 31061 | | Potential Rights of Indemnity | Contingent Unliquidated | | | $0.00 |
| Steven M. Johnson 821 North Cobb Street Milledgeville, GA 31061 | | Potential Rights of Indemnity | Contingent Unliquidated | | | $0.00 |

**Fill in this information to identify the case:**

Debtor name: Oconee Internal Medicine, LLC
United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Catherine Roberts, M.D. 641 West Thomas Street Milledgeville, GA 31061 | Catherine Roberts, M.D. (478) 454-3550 | Accrued Bonus and Retirement Income | | | | $38,351.63 |
| McKesson Medical Surgical 9954 Maryland Drive Suite 400 Henrico, VA 23233 | | Trade Debt | | | | $260.15 |
| Oconee Medical Associates LLC 641 West Thomas Street Milledgeville, GA 31061 | | Trade Debt | | | | $278.52 |
| Willis R. Roberts, Jr., M.D. 641 West Thomas Street Milledgeville, GA 31061 | Willis R. Roberts, Jr., M.D. (478) 454-3550 | Accrued Bonus and Retirement Income | | | | $38,754.23 |

**Fill in this information to identify the case:**

Debtor name: Oconee Orthopedics, LLC

United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Besse Medical Supply<br>1576 Solutions Circle<br>Chicago, IL 60677 | | Trade Debt | | | | $2,333.97 |
| Chilivis Cochran Larkins & Bever<br>3127 Maple Drive NE<br>Atlanta, GA 30305 | | Trade Debt | | | | $6,872.81 |
| Gerald Grimes Plumbing<br>112 Joyner Road, NE<br>Milledgeville, GA 31061 | | Trade Debt | | | | $212.79 |
| Heathcare Management Services<br>6501 Peake Road Suite 700<br>Macon, GA 31210 | | Trade Debt | | | | $8,027.92 |
| James H. Extine, DO<br>1201 Columbia Drive<br>Milledgeville, GA 31061 | James H. Extine, D.O. | Accrued Bonus and Retirement Income | | | | $99,986.94 |
| McKesson Medical-Surgical, Inc.<br>9954 Maryland Drive Suite 4000<br>Sudbury, MA 23233 | | Trade Debt | | | | $2,300.49 |
| Ricoh USA, Inc.<br>5 Dedrick Place<br>Caldwell, NJ 07006 | | Trade Debt | | | | $164.52 |

Debtor   Oconee Orthopedics, LLC　　　　　　　　　　　　　　　Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Staples Advantage Attn: Ron Sargent, CEO 125 Mushroom Boulevard Rochester, NY 14623 | | Trade Debt | | | | $215.73 |
| Steven Paul Niergarth, D.O. 1201 Columbia Drive Milledgeville, GA 31061 | sniergarth@gmail.com | Accrued Bonus and Retirement Income | | | | $43,577.57 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | ORHV Sandersville Family Practice, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF GEORGIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| -NONE- | | | | | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Oconee Regional Senior Living, Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF GEORGIA |
| Case number (If known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                           12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| -NONE- | | | | | | |