## **EXHIBIT D**

## **May through July 2017 Invoices**

SEE FOLLOWING PAGES.

**GT** GreenbergTraurig

Invoice No. :   4564467
File No.    :   173679.010100
Bill Date   :   August 15, 2017

Official Creditor's Committee for Oconee Regional Health Systems
ELECTRONIC BILLING - DO NOT MAIL

## <u>INVOICE</u>

Re:   Case Administration

<u>Legal Services through May 31, 2017</u>:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 57,662.25 |
| **Current Invoice**: | **$** | **57,662.25** |

JDE:SC
Tax ID:  13-3613083

Invoice No.:   4564467                                                                 Page  1
Matter No.:   173679.010100


<u>Description of Professional Services Rendered:</u>


TASK CODE:       ORH106      CASE ADMINISTRATION


| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|-----------|-------------|-------|--------|
| 05/18/17 | John D. Elrod | Initial review of issues for committee representation (1.0); attention to bidding procedures motion (1.3) | 2.30 | 1,104.00 |
| 05/19/17 | John D. Elrod | Communication with client regarding various issues (2.1); draft committee bylaws (2.2) | 4.30 | 2,064.00 |
| 05/20/17 | John D. Elrod | Prepare for and participate in conference call with counsel for debtors (1.0); draft objection to bidding procedures motion (3.1) | 4.10 | 1,968.00 |
| 05/23/17 | John D. Elrod | Communication with client regarding bid procedures issues | 0.80 | 384.00 |
| 05/25/17 | John D. Elrod | Prepare for and attend telephonic hearing on bidding procedures (2.3); review and revise bid procedures order (1.0) | 3.30 | 1,584.00 |
| 05/25/17 | John D. Elrod | Review of debtor's motion to extend time to file schedules and communication with client, debtor's counsel, and bond trustee's counsel regarding same | 0.70 | 336.00 |
| 05/25/17 | Benjamin R. Keck | Review and analyze docket and recently filed pleadings and orders | 1.40 | 535.50 |
| 05/26/17 | John D. Elrod | Communication with counsel for US Bank regarding extension of time and case issues (.4); communication with debtor's counsel regarding various issues (.3); communication with committee members regarding various case issues (.9); draft objection to schedules extension motion and motion to extend time (5.1); attention to possible motion to reconsider first day relief (1.1) | 7.80 | 3,744.00 |
| 05/26/17 | Benjamin R. Keck | Review and analyze recently filed pleadings and orders | 0.30 | 114.75 |
| 05/31/17 | John D. Elrod | Draft timetable of case deadlines and circulate same to client (1.0); communication with claims agent and client regarding proof of claim form (.3) | 1.30 | 624.00 |
| 05/31/17 | Benjamin R. Keck | Review and analyze recently filed pleadings and orders | 0.20 | 76.50 |

Total Hours:      26.50

Total Amount:    $ 12,534.75

Invoice No.:     4564467                                                                                Page  2
Matter No.:      173679.010100

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR TASK CODE ORH106,

    CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | | Total $ Amount |
|---|---|---|---|---|
| John D. Elrod | 24.60 | 480.00 | | 11,808.00 |
| Benjamin R. Keck | 1.90 | 382.50 | | 726.75 |
| Totals: | 26.50 | 473.01 | $ | 12,534.75 |

Invoice No.:      4564467                                                                                    Page  3
Matter No.:      173679.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:        ORH110      EMPLOYMENT AND FEE APPLICATIONS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 05/23/17 | Benjamin R. Keck | Prepare application to retain Greenberg Traurig as counsel to committee | 1.70 | 650.25 |
| 05/25/17 | Benjamin R. Keck | Further prepare application to retain Greenberg Traurig as counsel to committee | 2.40 | 918.00 |
| 05/26/17 | Benjamin R. Keck | Further prepare application to retain Greenberg Traurig as counsel to committee | 5.40 | 2,065.50 |
| 05/27/17 | John D. Elrod | Revise Greenberg Traurig's retention application | 1.20 | 576.00 |

Total Hours:      10.70

Total Amount:      $ 4,209.75

<u>TIMEKEEPER SUMMARY FOR TASK CODE ORH110</u>,

EMPLOYMENT AND FEE APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| John D. Elrod | 1.20 | 480.00 | 576.00 |
| Benjamin R. Keck | 9.50 | 382.50 | 3,633.75 |
| Totals: | 10.70 | 393.43 | $      4,209.75 |

Invoice No.:  4564467
Matter No.:  173679.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:       ORH111     EMPLOYMENT AND FEE APPLICATION OBJECTIONS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|-----------|-------------|-------|--------|
| 05/31/17 | John D. Elrod | Review of investment banker Houlihan's retention application | 0.40 | 192.00 |

Total Hours:  0.40

Total Amount:  $ 192.00

<u>TIMEKEEPER SUMMARY FOR TASK CODE ORH111</u>,

EMPLOYMENT AND FEE APPLICATION OBJECTIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|------------------|--------------|-------|----------------|
| John D. Elrod | 0.40 | 480.00 | 192.00 |
| Totals: | 0.40 | 480.00 | $  192.00 |

Invoice No.:      4564467                                                      Page  5
Matter No.:      173679.010100


Description of Professional Services Rendered


TASK CODE:          ORH112       FINANCING AND CASH COLLATERAL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/22/17 | John D. Elrod | Prepare for and participate in conference call with bond trustee's counsel (1.3); review of bond documents (1.2) | 2.50 | 1,200.00 |
| 05/23/17 | Benjamin R. Keck | Review and analyze case law related to DIP financing orders | 1.00 | 382.50 |
| 05/25/17 | Benjamin R. Keck | Analyze issues related to DIP financing | 0.40 | 153.00 |
| 05/26/17 | Benjamin R. Keck | Analyze DIP financing motion, agreement, and proposed order, and identify objectionable issues | 2.30 | 879.75 |
| 05/29/17 | John D. Elrod | Review of terms of proposed DIP financing as well as facilities in place in comparable Chapter 11 cases | 3.20 | 1,536.00 |
| 05/30/17 | John D. Elrod | Attention to DIP financing terms and issues | 3.30 | 1,584.00 |
| 05/30/17 | Benjamin R. Keck | Develop and outline arguments for objection to DIP financing motion | 4.20 | 1,606.50 |
| 05/30/17 | Benjamin R. Keck | Prepare objection to DIP financing motion | 4.50 | 1,721.25 |
| 05/31/17 | John D. Elrod | Attention to DIP financing issues and draft objection regarding same | 7.70 | 3,696.00 |
| 05/31/17 | Benjamin R. Keck | Further prepare objection to DIP financing motion | 11.40 | 4,360.50 |

Total Hours:      40.50

Total Amount:      $ 17,119.50


TIMEKEEPER SUMMARY FOR TASK CODE ORH112,

FINANCING AND CASH COLLATERAL

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| John D. Elrod | 16.70 | 480.00 | 8,016.00 |
| Benjamin R. Keck | 23.80 | 382.50 | 9,103.50 |
| Totals: | 40.50 | 422.70 | $      17,119.50 |

Invoice No.:    4564467                                                          Page  6
Matter No.:    173679.010100

Description of Professional Services Rendered

TASK CODE:        ORH114      MEETINGS AND COMMUNICATIONS WITH CREDITORS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 05/22/17 | Benjamin R. Keck | Telephone conference with counsel for US Bank | 0.90 | 344.25 |
| 05/30/17 | John D. Elrod | Prepare for and participate in committee meeting (2.1); complete follow up items relating to same (1.3); review of debtors' schedules and statements of financial affairs (1.2); communication with debtors' counsel regarding various items (.5) | 5.10 | 2,448.00 |

Total Hours:    6.00

Total Amount:    $ 2,792.25

TIMEKEEPER SUMMARY FOR TASK CODE ORH114,

MEETINGS AND COMMUNICATIONS WITH CREDITORS

| Timekeeper Name | Hours Billed | Rate | | Total $ Amount |
|-----------------|-------------|------|--|----------------|
| John D. Elrod | 5.10 | 480.00 | | 2,448.00 |
| Benjamin R. Keck | 0.90 | 382.50 | | 344.25 |
| Totals: | 6.00 | 465.38 | $ | 2,792.25 |

Invoice No.:     4564467                                                                    Page  7
Matter No.:     173679.010100


<u>Description of Professional Services Rendered</u>


TASK CODE:          ORH115     NON-WORKING TRAVEL


| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|------------|-------------|-------|--------|
| 05/24/17 | John D. Elrod | Travel to and from Macon [NO CHARGE] | 1.00 | 0.00 |
| 05/24/17 | Benjamin R. Keck | Travel to and from Macon for hearing on bid procedures motion [NO CHARGE] | 3.80 | 0.00 |

Total Hours:     4.80

Total Amount:     $ 0.00


<u>TIMEKEEPER SUMMARY FOR TASK CODE ORH115,</u>

NON-WORKING TRAVEL

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|------------|--------|------|----------|
| John D. Elrod | 1.00 | 0.00 | 0.00 |
| Benjamin R. Keck | 3.80 | 0.00 | 0.00 |
| Totals: | 4.80 | 0.00 | $     0.00 |

Invoice No.:     4564467
Matter No.:      173679.010100

Description of Professional Services Rendered

TASK CODE:          ORH132        ASSET DISPOSITION:SALES, LEASES (SECTION 365 MATTERS)

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 05/22/17 | John D. Elrod | Prepare for and participate in conference call with debtors' investment banker Houlihan Lokey regarding sale efforts (1.3); review of CIM (.6); draft bidding procedures objection (5.1) | 7.00 | 3,360.00 |
| 05/22/17 | Benjamin R. Keck | Analyze bid procedures motion, asset purchase agreement, and first day declaration in order to identify facts relevant to arguments related to section of objection to bid procedures motion related to bid protections | 1.90 | 726.75 |
| 05/22/17 | Benjamin R. Keck | Analyze case law and develop arguments related to section of objection to bid procedures motion related to bid protections | 1.10 | 420.75 |
| 05/22/17 | Benjamin R. Keck | Prepare section of objection to bid procedures motion related to bid protections | 4.10 | 1,568.25 |
| 05/22/17 | Benjamin R. Keck | Telephone conference with investment banker to discuss status of sales process and potential bidders | 0.60 | 229.50 |
| 05/23/17 | John D. Elrod | Draft and file bid procedures motion objection (2.3); review of bid procedures orders in other cases and formulate arguments regarding same (1.2); review of Navicent objection (.3); communication with counsel for Prime regarding sale issues (.3); attention to miscellaneous sale items (.5) | 4.60 | 2,208.00 |
| 05/24/17 | John D. Elrod | Prepare for and attend hearing on bidding procedures motion and committee's objection to same | 8.10 | 3,888.00 |
| 05/24/17 | Benjamin R. Keck | Attend hearing on debtors' bid procedures motion and related discussions and negotiations | 3.90 | 1,491.75 |
| 05/25/17 | Benjamin R. Keck | Analyze terms of bid procedures settlement and proposed order | 0.40 | 153.00 |
| 05/29/17 | John D. Elrod | Review of bid procedures order and communication with debtors' counsel regarding objection deadline issues | 0.30 | 144.00 |
| 05/31/17 | John D. Elrod | Review of cure notice and circulate same to committee | 0.30 | 144.00 |

Total Hours:          32.30

Total Amount:     $ 14,334.00

Invoice No.:     4564467                                                                          Page  9
Matter No.:     173679.010100

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR TASK CODE ORH132,

ASSET DISPOSITION:SALES, LEASES (SECTION 365 MATTERS)

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| John D. Elrod | 20.30 | 480.00 | 9,744.00 |
| Benjamin R. Keck | 12.00 | 382.50 | 4,590.00 |
| Totals: | 32.30 | 443.78 | $    14,334.00 |

| | |
|---|---|
| Invoice No.: | 4564467 |
| Matter No.: | 173679.010100 |

Description of Professional Services Rendered

TASK CODE:     ORH133     DEBTOR INVESTIGATION AND DISCOVERY

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/19/17 | John D. Elrod | Initial communication with debtors regarding case and discovery issues | 1.30 | 624.00 |
| 05/29/17 | John D. Elrod | Attention to and draft 2004 exam motions of debtors and Jasper (3.1); draft informal document request to debtors (2.5) | 5.60 | 2,688.00 |
| 05/31/17 | John D. Elrod | Communication with counsel for Jasper (.5); revise and attention to filing Jasper 2004 exam motion (.2) | 0.70 | 336.00 |

Total Hours:     7.60

Total Amount:     $ 3,648.00

TIMEKEEPER SUMMARY FOR TASK CODE ORH133,

DEBTOR INVESTIGATION AND DISCOVERY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| John D. Elrod | 7.60 | 480.00 | 3,648.00 |
| Totals: | 7.60 | 480.00 | $     3,648.00 |

Invoice No.:   4564467                                                   Page  11

Matter No.:    173679.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:        ORH134        SECURED LENDER INVESTIGATION

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 05/19/17 | John D. Elrod | Initial communication with counsel for bond trustee (.3); review of bond documents received from counsel for debtors (1.1) | 1.40 | 672.00 |
| 05/25/17 | John D. Elrod | Review of bond documents | 4.50 | 2,160.00 |

Total Hours:    5.90

Total Amount:    $ 2,832.00

<u>TIMEKEEPER SUMMARY FOR TASK CODE ORH134</u>,

SECURED LENDER INVESTIGATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| John D. Elrod | 5.90 | 480.00 | 2,832.00 |
| Totals: | 5.90 | 480.00 | $      2,832.00 |

Invoice No.:    4564467
Matter No.:    173679.010100

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| John D. Elrod | 82.80 | 474.20 | 39,264.00 |
| Benjamin R. Keck | 51.90 | 354.49 | 18,398.25 |
| Totals: | 134.70 | 428.08 | $    57,662.25 |

Invoice No.:   4564467                                                                    Page  13
Re:            Case Administration
Matter No.:    173679.010100


Description of Expenses Billed:

DATE         DESCRIPTION                                                      AMOUNT

**No expenses charged to this file**

**GT** GreenbergTraurig

Exhibit E - May through July 2017 Invoices    Page 16 of 42

|                |   |            |
|----------------|---|------------|
| Invoice No.:   |   | 4564511    |
| File No.       | : | 173679.010100 |
| Bill Date      | : | August 15, 2017 |

Official Creditor's Committee for Oconee Regional Health Systems
ELECTRONIC BILLING - DO NOT MAIL

## <u>INVOICE</u>

Re:  Case Administration

<u>Legal Services through June 30, 2017</u>:

|              |    |           |
|--------------|----|-----------|
| Total Fees:  | $  | 79,902.75 |

Expenses:

| | | | |
|--------------------------|--------|----|--------|
| Conference Calls         | 11.32  |    |        |
| Parking Charges          | 12.00  |    |        |
| UPS Charges              | 20.34  |    |        |
| Information and Research | 449.70 |    |        |
| Total Expenses:          |        | $  | 493.36 |
| **Current Invoice**:     |        | **$** | **80,396.11** |

JDE:SC
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

Invoice No.:    4564511                                                                                          Page  1
Matter No.:    173679.010100

## Description of Professional Services Rendered:

TASK CODE:    ORH101    ASSET ANALYSIS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/14/17 | Benjamin R. Keck | Review schedules and identify assets | 1.50 | 573.75 |
| | | Total Hours: | 1.50 | |
| | | Total Amount: | | $ 573.75 |

TIMEKEEPER SUMMARY FOR TASK CODE ORH101,

ASSET ANALYSIS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Benjamin R. Keck | 1.50 | 382.50 | 573.75 |
| Totals: | 1.50 | 382.50 | $ 573.75 |

Invoice No.:      4564511                                                                    Page  2
Matter No.:       173679.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:          ORH106      CASE ADMINISTRATION

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|-----------|-------------|-------|--------|
| 06/01/17 | John D. Elrod | Communication with committee regarding case issues (.4); attention to status of various case items (.4); communication with prospective financial advisor for committee (.2) | 1.00 | 480.00 |
| 06/01/17 | Benjamin R. Keck | Review and analyze recently filed pleadings and orders | 0.50 | 191.25 |
| 06/02/17 | Benjamin R. Keck | Review and analyze key deadlines, hearing dates, and pending motions | 1.30 | 497.25 |
| 06/02/17 | Benjamin R. Keck | Discuss and develop case strategy | 0.20 | 76.50 |
| 06/02/17 | Benjamin R. Keck | Review and analyze recently filed pleadings and orders | 0.40 | 153.00 |
| 06/05/17 | John D. Elrod | Draft email to committee regarding case updates | 2.20 | 1,056.00 |
| 06/05/17 | Benjamin R. Keck | Review and analyze recently filed pleadings and orders | 0.20 | 76.50 |
| 06/07/17 | John D. Elrod | Prepare for and attend meeting with Jasper (1.7); prepare for and attend conference call with debtors and bond trustee's counsel (1.5); draft response to bond trustee's settlement offer regarding DIP financing (1.7); draft DIP financing objection (4.3) | 9.20 | 4,416.00 |
| 06/08/17 | John D. Elrod | Draft meeting minutes (1.0); prepare for and participate in committee meeting (1.2); draft Houlihan Lokey objection (4.1); telephone call with debtors' counsel (.3); communication with individual committee members (.2); finalize and circulate bylaws (.4); finalize and file objection to DIP financing (3.0) | 10.20 | 4,896.00 |
| 06/08/17 | Benjamin R. Keck | Review and analyze recently filed pleadings and orders | 0.40 | 153.00 |
| 06/12/17 | John D. Elrod | Conference call with debtor's counsel on case issues (.5); prepare for and attend 6/12 hearings (3.2); negotiations regarding Houlihan resolution (.2); communication with client regarding hearing issues (.5); revise Houlihan order (.6); conference call with Houlihan regarding sale status (.3); review of Georgia Power order (.2) | 5.50 | 2,640.00 |
| 06/12/17 | Benjamin R. Keck | Review and analyze recently filed pleadings and orders | 1.50 | 573.75 |
| 06/13/17 | John D. Elrod | Conference call with debtor's counsel regarding case issues (.4); communication with US Trustee regarding 341 transcript (.2); attention to 503(b)(9) notice issues (.5) | 1.10 | 528.00 |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 4564511 | | | Page 3 |
| Matter No.: | 173679.010100 | | | |

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/14/17 | John D. Elrod | Attention to Baldwin issues and debtor's proposed resolution of same (.5); attention to Georgia Power issue (.3); attention to scheduling of GT retention application and draft notice of hearing regarding same (.5); review of pleadings in preparation for 6/15 hearings and meeting of creditors (2.4) | 3.70 | 1,776.00 |
| 06/14/17 | Benjamin R. Keck | Review and analyze recently filed pleadings and orders | 0.30 | 114.75 |
| 06/15/17 | John D. Elrod | Prepare for and attend 6/15 hearings and section 341 meeting | 6.70 | 3,216.00 |
| 06/15/17 | Benjamin R. Keck | Review and analyze recently filed pleadings and orders | 0.20 | 76.50 |
| 06/20/17 | John D. Elrod | Draft limited objection to sale motion (1.2); communication with debtors' counsel regarding sale and executory contract issues (.3) | 1.50 | 720.00 |
| 06/20/17 | Benjamin R. Keck | Review and analyze recently filed pleadings and orders | 0.20 | 76.50 |
| 06/21/17 | John D. Elrod | Attention to 503(b)(9) notice issues | 0.40 | 192.00 |
| 06/22/17 | John D. Elrod | Prepare for and conduct committee call | 1.00 | 480.00 |
| 06/23/17 | Benjamin R. Keck | Review and analyze recently filed pleadings and orders | 0.90 | 344.25 |
| 06/26/17 | Benjamin R. Keck | Review and analyze recently filed pleadings and orders | 0.10 | 38.25 |
| 06/30/17 | Benjamin R. Keck | Review and analyze recently filed pleadings and orders | 0.20 | 76.50 |

Total Hours: 48.90

Total Amount: $ 22,848.00

TIMEKEEPER SUMMARY FOR TASK CODE ORH106,

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| John D. Elrod | 42.50 | 480.00 | 20,400.00 |
| Benjamin R. Keck | 6.40 | 382.50 | 2,448.00 |
| Totals: | 48.90 | 467.24 | $    22,848.00 |

| | | | | Page 4 |
|---|---|---|---|---|

Invoice No.:    4564511
Matter No.:    173679.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:        ORH107        CLAIMS ADMINISTRATION

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 06/13/17 | Benjamin R. Keck | Prepare notice regarding deadline for filing 503(b)(9) claims | 1.90 | 726.75 |
| | | Total Hours: | 1.90 | |
| | | Total Amount: | | $ 726.75 |

<u>TIMEKEEPER SUMMARY FOR TASK CODE ORH107</u>,

CLAIMS ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Benjamin R. Keck | 1.90 | 382.50 | 726.75 |
| Totals: | 1.90 | 382.50 | $    726.75 |

Invoice No.:     4564511                                                                                          Page  5
Matter No.:     173679.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:          ORH110       EMPLOYMENT AND FEE APPLICATIONS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 06/05/17 | John D. Elrod | Review of Houlihan Lokey application | 2.20 | 1,056.00 |
| 06/12/17 | John D. Elrod | Revise Greenberg Traurig retention application | 1.60 | 768.00 |
| 06/13/17 | John D. Elrod | Revise and file GT retention application | 1.00 | 480.00 |

Total Hours:      4.80

Total Amount:      $ 2,304.00

<u>TIMEKEEPER SUMMARY FOR TASK CODE ORH110</u>,

EMPLOYMENT AND FEE APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| John D. Elrod | 4.80 | 480.00 | 2,304.00 |
| Totals: | 4.80 | 480.00 | $      2,304.00 |

Invoice No.:    4564511                                                                 Page  6
Matter No.:    173679.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:          ORH111       EMPLOYMENT AND FEE APPLICATION OBJECTIONS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|-----------|-------------|-------|--------|
| 06/06/17 | John D. Elrod | Review of Houlihan Lokey application, formulate basis for objections and communication with client and debtor's counsel regarding same | 0.60 | 288.00 |
| 06/11/17 | John D. Elrod | Attention to Houlihan Lokey objections, preparation for hearing regarding same, and review of debtor's response regarding same (1.7); communication with client regarding Houlihan issues (.5) | 2.20 | 1,056.00 |
| 06/13/17 | John D. Elrod | Revise HL proposed order | 0.30 | 144.00 |

Total Hours:     3.10

Total Amount:    $ 1,488.00

<u>TIMEKEEPER SUMMARY FOR TASK CODE ORH111</u>,

EMPLOYMENT AND FEE APPLICATION OBJECTIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|------------------|---------------|--------|-----------------|
| John D. Elrod | 3.10 | 480.00 | 1,488.00 |
| Totals: | 3.10 | 480.00 | $    1,488.00 |

Invoice No.:      4564511                                                                                     Page  7
Matter No.:      173679.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:          ORH112       FINANCING AND CASH COLLATERAL

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 06/01/17 | John D. Elrod | Draft DIP financing objection (2.1); prepare and attend hearing on motion to continue DIP financing hearing (1.4) | 3.50 | 1,680.00 |
| 06/01/17 | Benjamin R. Keck | Further prepare objection to DIP financing motion | 8.80 | 3,366.00 |
| 06/02/17 | John D. Elrod | Revise proposed orders regarding DIP financing (.3); draft DIP financing objection (2.1) | 2.40 | 1,152.00 |
| 06/03/17 | John D. Elrod | Review of proposed final DIP financing order | 0.50 | 240.00 |
| 06/07/17 | Benjamin R. Keck | Further prepare objection to DIP financing motion | 3.60 | 1,377.00 |
| 06/08/17 | Benjamin R. Keck | Review and analyze DIP financing orders in similarly situated cases | 5.50 | 2,103.75 |
| 06/09/17 | Benjamin R. Keck | Further review and analyze DIP financing orders in similarly situated cases and prepare summary demonstrative exhibit | 2.60 | 994.50 |
| 06/09/17 | Benjamin R. Keck | Analyze and redact alternative proposals; prepare demonstrative exhibit comparing DIP financing terms to those of alternative proposals | 0.90 | 344.25 |
| 06/09/17 | Benjamin R. Keck | Review and analyze documents produced by debtors related to DIP loan bond financing | 1.20 | 459.00 |
| 06/10/17 | John D. Elrod | Extensive negotiations with bond trustee's counsel (3.5); review, analysis and preparation for hearing (3.7); communication with client regarding settlement negotiations and potential resolution (1.0) | 8.20 | 3,936.00 |
| 06/11/17 | John D. Elrod | Review of proposed order on DIP financing and mark up same (2.1); communication with parties regarding proposed DIP financing order (.5); communication with client regarding DIP financing issues (.6) | 3.20 | 1,536.00 |

Total Hours:      40.40

Total Amount:      $ 17,188.50

Invoice No.:     4564511                                                                    Page  8
Matter No.:     173679.010100


<u>Description of Professional Services Rendered</u>

<u>TIMEKEEPER SUMMARY FOR TASK CODE ORH112</u>,

    FINANCING AND CASH COLLATERAL

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| John D. Elrod | 17.80 | 480.00 | 8,544.00 |
| Benjamin R. Keck | 22.60 | 382.50 | 8,644.50 |
| Totals: | 40.40 | 425.46 | $ 17,188.50 |

Invoice No.: 4564511
Matter No.: 173679.010100

<u>Description of Professional Services Rendered</u>

TASK CODE: ORH114 MEETINGS AND COMMUNICATIONS WITH CREDITORS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|-----------|-------------|-------|--------|
| 06/02/17 | Benjamin R. Keck | Prepare email for committee analyzing and summarizing recently filed pleadings | 0.70 | 267.75 |
| 06/02/17 | Benjamin R. Keck | Correspondence with committee member regarding bylaws | 0.10 | 38.25 |
| 06/16/17 | John D. Elrod | Prepare for and conduct conference call with committee (1.0); communication with debtors' counsel regarding various information requests and review of records relating to same (2.1) | 3.10 | 1,488.00 |

Total Hours: 3.90

Total Amount: $ 1,794.00

<u>TIMEKEEPER SUMMARY FOR TASK CODE ORH114</u>,

MEETINGS AND COMMUNICATIONS WITH CREDITORS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| John D. Elrod | 3.10 | 480.00 | 1,488.00 |
| Benjamin R. Keck | 0.80 | 382.50 | 306.00 |
| Totals: | 3.90 | 460.00 | $ 1,794.00 |

Invoice No.:    4564511                                                                Page  10
Matter No.:    173679.010100

Description of Professional Services Rendered

TASK CODE:    ORH117    REAL ESTATE: ANALYSIS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/28/17 | Benjamin R. Keck | Review and analyze leases | 0.90 | 344.25 |

|  |  | Total Hours: | 0.90 |  |
|--|--|-------------|------|--|
|  |  | Total Amount: | | $ 344.25 |

TIMEKEEPER SUMMARY FOR TASK CODE ORH117,

REAL ESTATE: ANALYSIS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Benjamin R. Keck | 0.90 | 382.50 | 344.25 |
| Totals: | 0.90 | 382.50 | $ 344.25 |

| | | |
|---|---|---|
| Invoice No.: | 4564511 | Page 11 |
| Matter No.: | 173679.010100 | |

Description of Professional Services Rendered

TASK CODE:          ORH132          ASSET DISPOSITION:SALES, LEASES (SECTION 365 MATTERS)

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/21/17 | John D. Elrod | Attention to problems with debtors' executory contract notices and communication with debtors' counsel regarding same | 0.50 | 240.00 |
| 06/22/17 | John D. Elrod | Attention to various sale issues and communication with committee and debtors' counsel regarding same | 2.00 | 960.00 |
| 06/23/17 | John D. Elrod | Communication with counsel for debtors regarding auction and executory contract issues (.6); draft objection to sale motion (6.2) | 6.80 | 3,264.00 |
| 06/23/17 | Benjamin R. Keck | Review and comment on objection to sale of assets and prepare for filing | 1.00 | 382.50 |
| 06/27/17 | John D. Elrod | Prepare for and participate in hearing on bid procedures (1.3); prepare for and participate in conference call with counsel for debtors and bond trustee (.7); communication with committee regarding outcome of hearing (.4); review of offer from Navicent and communication with committee regarding same (.5); review of letter from Prime regarding executory contracts (.2) | 3.10 | 1,488.00 |
| 06/28/17 | John D. Elrod | Review of Navicent asset purchase agreement (2.3); communication with debtor's counsel regarding sale issues (.5); draft letter to debtor's counsel regarding need to market all assets at auction (1.0); preparation for auction (1.1) | 4.90 | 2,352.00 |
| 06/28/17 | Benjamin R. Keck | Review and analyze bid procedures and Navicent overbid to determine appropriate process for bidding on Jasper | 1.10 | 420.75 |
| 06/28/17 | Benjamin R. Keck | Review and analyze case law related to debtors' duty to maximize value of assets | 1.90 | 726.75 |
| 06/29/17 | John D. Elrod | Prepare for and attend auction (11.1); review of Navicent asset purchase agreement (1.0); revise sale order (1.1) | 13.20 | 6,336.00 |
| 06/29/17 | Benjamin R. Keck | Prepare for and participate in auction of debtors' assets and related discussions | 10.30 | 3,939.75 |
| 06/30/17 | John D. Elrod | Prepare for and attend sale hearing | 4.50 | 2,160.00 |
| 06/30/17 | Benjamin R. Keck | Attend sale hearing | 2.80 | 1,071.00 |

Total Hours:   52.10

Total Amount:   $ 23,340.75

Invoice No.:    4564511                                                                  Page  12
Matter No.:    173679.010100

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR TASK CODE ORH132,

ASSET DISPOSITION:SALES, LEASES (SECTION 365 MATTERS)

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| John D. Elrod | 35.00 | 480.00 | 16,800.00 |
| Benjamin R. Keck | 17.10 | 382.50 | 6,540.75 |
| Totals: | 52.10 | 448.00 | $    23,340.75 |

Invoice No.:      4564511
Matter No.:       173679.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:        ORH133      DEBTOR INVESTIGATION AND DISCOVERY

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|-----------|-------------|-------|--------|
| 06/02/17 | Benjamin R. Keck | Review and analyze documents related to debtors' organizational structure | 1.60 | 612.00 |
| 06/05/17 | Benjamin R. Keck | Review and analyze documents in debtors' data room | 4.20 | 1,606.50 |
| 06/06/17 | Benjamin R. Keck | Further review and analyze documents in debtors' data room | 1.40 | 535.50 |
| 06/12/17 | Benjamin R. Keck | Further review documents in debtors' data room | 2.70 | 1,032.75 |
| 06/16/17 | Benjamin R. Keck | Review and analyze documents related to insurance call and SPC structure | 2.30 | 879.75 |
| 06/19/17 | Benjamin R. Keck | Analyze issues related to insurance call | 0.40 | 153.00 |
| 06/19/17 | Benjamin R. Keck | Prepare informal document request to debtors seeking documents related to insurance cell | 0.40 | 153.00 |
| 06/27/17 | Benjamin R. Keck | Correspondence with debtors' counsel regarding production of documents related to insurance cell | 0.20 | 76.50 |
| 06/30/17 | Benjamin R. Keck | Correspondence with debtors' counsel regarding document requests | 0.20 | 76.50 |

Total Hours:      13.40

Total Amount:     $ 5,125.50

<u>TIMEKEEPER SUMMARY FOR TASK CODE ORH133</u>,

DEBTOR INVESTIGATION AND DISCOVERY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Benjamin R. Keck | 13.40 | 382.50 | 5,125.50 |
| Totals: | 13.40 | 382.50 | $    5,125.50 |

Invoice No.:    4564511                                                          Page  14
Matter No.:    173679.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:    ORH134    SECURED LENDER INVESTIGATION

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 06/06/17 | John D. Elrod | Review of bond documents regarding extent, validity, and priority of secured lenders' liens | 3.20 | 1,536.00 |
| 06/19/17 | Benjamin R. Keck | Investigation of bond trustee's liens | 3.10 | 1,185.75 |
| 06/20/17 | Benjamin R. Keck | Investigation of bond trustee's liens | 1.40 | 535.50 |
| 06/21/17 | John D. Elrod | Review of liens of bond trustee | 0.50 | 240.00 |
| 06/22/17 | John D. Elrod | Investigation of bond trustee's liens | 1.40 | 672.00 |

Total Hours:    9.60

Total Amount:    $ 4,169.25

<u>TIMEKEEPER SUMMARY FOR TASK CODE ORH134,</u>

SECURED LENDER INVESTIGATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| John D. Elrod | 5.10 | 480.00 | 2,448.00 |
| Benjamin R. Keck | 4.50 | 382.50 | 1,721.25 |
| Totals: | 9.60 | 434.30 | $    4,169.25 |

Invoice No.:    4564511
Matter No.:    173679.010100

<u>Description of Professional Services Rendered</u>

## <u>TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY</u>

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| John D. Elrod | 111.40 | 480.00 | 53,472.00 |
| Benjamin R. Keck | 69.10 | 382.50 | 26,430.75 |
| Totals: | 180.50 | 442.67 | $    79,902.75 |

Invoice No.:      4564511
Re:          Case Administration
Matter No.:      173679.010100


## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 06/08/17 | WestlawNext Research by ELROD,JOHN D. | $ | 106.40 |
| 06/10/17 | WestlawNext Research by ELROD,JOHN D. | $ | 343.30 |
| 06/11/17 | VENDOR: Soundpath / Premier Global - ACH INVOICE#: 3055790500-061117 DATE: 6/11/2017 Conferencing Services Invoice Date 170608 User JDE Client Code 173679 Matter Code 010100 | $ | 5.05 |
| 06/18/17 | VENDOR: Soundpath / Premier Global - ACH INVOICE#: 3055790500-061817 DATE: 6/18/2017 Conferencing Services Invoice Date 170616 User JDE Client Code 173679 Matter Code 010100 | $ | 4.33 |
| 06/20/17 | VENDOR: United Parcel Service, Inc.(UPS) - ACH INVOICE#: 00062417364 DATE: 6/24/2017 Trk'ing No. 1Z0049R10193333286 / Next Day Air Commercial from Greenberg Traurig - Atlanta Sara Fields to Office Of The Us Trustee Rob Fenimore on 6/20/2017 - 173679.010100 | $ | 10.17 |
| 06/25/17 | VENDOR: Soundpath / Premier Global - ACH INVOICE#: 3055790500-062517 DATE: 6/25/2017 Conferencing Services Invoice Date 170622 User JDE Client Code 173679 Matter Code 010100 | $ | 1.94 |
| 06/26/17 | VENDOR: United Parcel Service, Inc.(UPS) - ACH INVOICE#: 00070117258 DATE: 7/1/2017 Trk'ing No. 1Z0049R18491607696 / Returns Next Day Air from Greenberg Traurig  to Office Of The Us Trustee Rob Fenimore on 6/26/2017 - 173679.010100 | $ | 10.17 |
| 06/29/17 | VENDOR: Keck, Benjamin INVOICE#: 1873448607031223 DATE: 7/3/2017 Parking; 06/29/17 - Parking at Oconee Auction | $ | 12.00 |
| | Total Expenses: | $ | 493.36 |

**GT** GreenbergTraurig

Invoice No. :  4564522
File No.    :  173679.010100
Bill Date   :  August 15, 2017

Official Creditor's Committee for Oconee Regional Health Systems
ELECTRONIC BILLING - DO NOT MAIL

## <u>**INVOICE**</u>

Re:   Case Administration

<u>Legal Services through July 31, 2017</u>:

|  | | |
|---|---|---|
| Total Fees: | $ | 29,606.25 |

<u>Expenses</u>:

| | | |
|---|---|---|
| Conference Calls | 3.99 | |
| Parking Charges | 5.00 | |
| Information and Research | 89.10 | |
| Total Expenses: | $ | 98.09 |
| **Current Invoice**: | **$** | **29,704.34** |

JDE:SC
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

Invoice No.:    4564522                                                              Page  1
Matter No.:    173679.010100


<u>Description of Professional Services Rendered:</u>


TASK CODE:        ORH106        CASE ADMINISTRATION


| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 07/03/17 | John D. Elrod | Review and revised sale order and communication with various parties regarding same | 1.70 | 816.00 |
| 07/10/17 | Benjamin R. Keck | Review and analyze recently filed pleadings and orders | 0.50 | 191.25 |
| 07/11/17 | John D. Elrod | Draft objection to KERP motion | 3.30 | 1,584.00 |
| 07/12/17 | John D. Elrod | Draft KERP motion objection (2.2); communication with communication with US trustee regarding case issues (.4) | 2.60 | 1,248.00 |
| 07/12/17 | Benjamin R. Keck | Review and analyze recently filed pleadings and orders | 0.40 | 153.00 |
| 07/13/17 | Benjamin R. Keck | Review and analyze recently filed pleadings and orders | 0.60 | 229.50 |
| 07/14/17 | Benjamin R. Keck | Review and analyze recently filed pleadings and orders | 0.20 | 76.50 |
| 07/16/17 | John D. Elrod | Revise and submit proposed order on GT retention application | 0.30 | 144.00 |
| 07/17/17 | Benjamin R. Keck | Review and analyze recently filed pleadings and orders | 0.30 | 114.75 |
| 07/18/17 | John D. Elrod | Communication with counsel for Jasper and committee regarding data issues | 0.40 | 192.00 |
| 07/19/17 | John D. Elrod | Communication with client regarding Jasper data issues | 0.40 | 192.00 |
| 07/20/17 | John D. Elrod | Prepare for and participate in conference call with committee | 0.70 | 336.00 |
| 07/21/17 | Benjamin R. Keck | Review and analyze recently filed pleadings and orders | 0.20 | 76.50 |
| 07/24/17 | John D. Elrod | Communication with counsel for Oconee regarding Jasper issues | 0.50 | 240.00 |
| 07/25/17 | John D. Elrod | Review of documents produced by debtor's counsel regarding debtors' financial performance against budget (.4); attention to case issues (.3) | 0.70 | 336.00 |
| 07/27/17 | John D. Elrod | Prepare for and participate in call with committee (.5); communication with debtor's counsel regarding executory contract assumption issues (.3) | 0.80 | 384.00 |

Total Hours:        13.60

Total Amount:        $ 6,313.50

Invoice No.:    4564522                                                                 Page  2
Matter No.:    173679.010100

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR TASK CODE ORH106,

      CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| John D. Elrod | 11.40 | 480.00 | 5,472.00 |
| Benjamin R. Keck | 2.20 | 382.50 | 841.50 |
| Totals: | 13.60 | 464.23 | $ 6,313.50 |

Invoice No.:     4564522                                                          Page  3
Matter No.:     173679.010100

Description of Professional Services Rendered

TASK CODE:          ORH110      EMPLOYMENT AND FEE APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/14/17 | Benjamin R. Keck | Prepare proposed order approving GT retention application | 0.30 | 114.75 |

Total Hours:     0.30

Total Amount:     $ 114.75

TIMEKEEPER SUMMARY FOR TASK CODE ORH110,

EMPLOYMENT AND FEE APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Benjamin R. Keck | 0.30 | 382.50 | 114.75 |
| Totals: | 0.30 | 382.50 | $     114.75 |

Invoice No.:      4564522                                                                      Page  4
Matter No.:       173679.010100

Description of Professional Services Rendered

TASK CODE:        ORH114        MEETINGS AND COMMUNICATIONS WITH CREDITORS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/05/17 | John D. Elrod | Communication with committee regarding case issues | 0.20 | 96.00 |
| 07/06/17 | John D. Elrod | Prepare for and attend committee meeting | 1.00 | 480.00 |
| | | Total Hours: | 1.20 | |
| | | Total Amount: | | $ 576.00 |

TIMEKEEPER SUMMARY FOR TASK CODE ORH114,

MEETINGS AND COMMUNICATIONS WITH CREDITORS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| John D. Elrod | 1.20 | 480.00 | 576.00 |
| Totals: | 1.20 | 480.00 | $       576.00 |

Invoice No.:     4564522                                                                    Page  5
Matter No.:      173679.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:          ORH132       ASSET DISPOSITION:SALES, LEASES (SECTION 365
                                 MATTERS)

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|-----------|-------------|-------|--------|
| 07/02/17 | John D. Elrod | Review, revise and circulate sale order | 1.50 | 720.00 |
| 07/05/17 | John D. Elrod | Prepare for and participate in call with bond trustee's counsel regarding sale order (1.0); follow up communication with bond trustee's counsel (.2); revise sale order and circulate same (.5) | 1.70 | 816.00 |
| 07/06/17 | John D. Elrod | Review of asset purchase agreement and ancillary documents and edit same | 4.70 | 2,256.00 |
| 07/07/17 | John D. Elrod | Attention to sale documents and communication with various case parties regarding same | 2.20 | 1,056.00 |

                                                     Total Hours:      10.10

                                                     Total Amount:     $ 4,848.00

<u>TIMEKEEPER SUMMARY FOR TASK CODE ORH132,</u>

        ASSET DISPOSITION:SALES, LEASES (SECTION 365 MATTERS)

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| John D. Elrod | 10.10 | 480.00 | 4,848.00 |
| Totals: | 10.10 | 480.00 | $    4,848.00 |

Invoice No.:      4564522                                                                   Page  6
Matter No.:       173679.010100


Description of Professional Services Rendered


TASK CODE:            ORH133      DEBTOR INVESTIGATION AND DISCOVERY


| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/03/17 | Benjamin R. Keck | Review and analyze documents related to foundation | 1.10 | 420.75 |
| 07/03/17 | Benjamin R. Keck | Review and analyze documents related to insurance cell | 1.00 | 382.50 |
| 07/05/17 | John D. Elrod | Attention to Jasper claim issues and communication with debtor's counsel regarding same (.7); review of preference claims (2.1) | 2.80 | 1,344.00 |

Total Hours:      4.90

Total Amount:     $ 2,147.25


TIMEKEEPER SUMMARY FOR TASK CODE ORH133,

DEBTOR INVESTIGATION AND DISCOVERY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| John D. Elrod | 2.80 | 480.00 | 1,344.00 |
| Benjamin R. Keck | 2.10 | 382.50 | 803.25 |
| Totals: | 4.90 | 438.21 | $   2,147.25 |

Invoice No.:  4564522  Page  7
Matter No.:  173679.010100

Description of Professional Services Rendered

TASK CODE:  ORH134  SECURED LENDER INVESTIGATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/01/17 | John D. Elrod | Review of bond trustee liens | 8.10 | 3,888.00 |
| 07/02/17 | John D. Elrod | Review of bond trustee lien issues | 7.00 | 3,360.00 |
| 07/03/17 | Benjamin R. Keck | Review of bond trustee's liens | 1.90 | 726.75 |
| 07/04/17 | John D. Elrod | Review of bond trustee lien issues | 8.10 | 3,888.00 |
| 07/07/17 | John D. Elrod | Prepare for and participate in conference call with counsel for bond trustee regarding sale issues | 1.70 | 816.00 |
| 07/08/17 | John D. Elrod | Investigation of bond trustee's liens | 6.10 | 2,928.00 |

Total Hours:  32.90

Total Amount:  $ 15,606.75

TIMEKEEPER SUMMARY FOR TASK CODE ORH134,

SECURED LENDER INVESTIGATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| John D. Elrod | 31.00 | 480.00 | 14,880.00 |
| Benjamin R. Keck | 1.90 | 382.50 | 726.75 |
| Totals: | 32.90 | 474.37 | $       15,606.75 |

Invoice No.:   4564522                                                                   Page  8
Matter No.:   173679.010100

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| John D. Elrod | 56.50 | 480.00 | 27,120.00 |
| Benjamin R. Keck | 6.50 | 382.50 | 2,486.25 |
| Totals: | 63.00 | 469.94 | $   29,606.25 |

| | | |
|---|---|---|
| Invoice No.: | 4564522 | Page 9 |
| Re: | Case Administration | |
| Matter No.: | 173679.010100 | |

Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07/09/17 | VENDOR: Soundpath / Premier Global - ACH INVOICE#: 3055790500-070917 DATE: 7/9/2017 Conferencing Services Invoice Date 170706 User JDE Client Code 173679 Matter Code 010100 | $ | 3.99 |
| 07/13/17 | WestlawNext Research by ELROD,J. | $ | 89.10 |
| 07/14/17 | VENDOR: Elrod, John D. INVOICE#: 1894816507191059 DATE: 7/19/2017 Parking; 07/14/17 - Attorney parking for court hearing | $ | 5.00 |
| | Total Expenses: | $ | 98.09 |