# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

IN RE:  OCONEE REGIONAL HEALTH SYSTEMS, INC., et al.,   }   CASE NUMBER: 17-51005-AEC
}
}
}   JUDGE AUSTIN CARTER
}
DEBTOR.   }   CHAPTER 11

**DEBTOR'S POST-CONFIRMATION**
**QUARTERLY OPERATING REPORT**
**FOR THE PERIOD**

FROM   1/1/2019   TO   3/31/2019

Comes now the Liquidating Supervisor, on behalf of the above-named debtor, and files its Post-Confirmation Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:   4/16/2019

_Clifford Zucker (signature)_
Clifford Zucker
Liquidating Trustee

Debtor's Address
and Phone Number:
Oconee Regional Health Systems, Inc.
c/o Clifford Zucker
Liquidating Trustee
FTI Consulting
3 Times Square, 9th Floor
New York, NY  10036

Attorney's Address
and Phone Number:
GREENBERG TRAURIG, LLP
John D. Elrod
Attorney for the Liquidating Trustee
3333 Piedmont Rd NE, Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2259
Fax: (678) 553-2269

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | | X |
| | | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A | |
| 2. | Are all premium payments current? | | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

On April 9, 2018 the Oconee Regional Health Systems, Inc. Joint Plan of Liquidation (the "Plan") became effective. Following which, Clifford A. Zucker was appointed Liquidating Trustee to execute the provisions of the Plan.

**QUARTERLY OPERATING REPORT - POST CONFIRMATION**                                                                      ATTACHMENT NO. 2

| Case Name: | OCONEE REGIONAL HEALTH SYSTEMS, INC. |
|---|---|
| Case Number: | 17-51005-AEC |
| Date of Plan Confirmation: | 3/23/2018 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

|   |   |   | Qtr 1 - 2019 | | Cumulative through Qtr 4 - 2018 |
|---|---|---|---|---|---|
|   |   |   | **Quarterly** | **Post Confirmation Total[1]** | **Post Confirmation Total[1]** |
| 1. | **CASH (Beginning of Period)** | | $ 2,144,441 | $ - | - |
| 2. | **INCOME or RECEIPTS during the Period** | | - | 3,272,030 | 3,272,030 |
| 3. | **DISBURSEMENTS** | | | | |
|  | a. **Operating Expenses (Fees/Taxes):** | | | | |
|  |  | (i) U.S. Trustee Quarterly Fees | - | (12,526) | (12,526) |
|  |  | (ii) Federal Taxes | - | (28) | (28) |
|  |  | (iii) State Taxes | - | - | - |
|  |  | (iv) Other Taxes | - | - | - |
|  |  |  | - | - | - |
|  | b. **All Other Operating Expenses:** | | (20) | (1,075,184) | (1,075,164) |
|  |  |  |  | - | - |
|  | c. **Plan Payments:** | |  | - | - |
|  |  | (i) Administrative/Priority Claims | - | (8,631) | (8,631) |
|  |  | (ii) General Unsecured Claims | - | - | - |
|  |  | (iii) Other - Secured | - | - | - |
|  |  | (iv) Other - Settlement Payments | - | (31,242) | (31,242) |
|  |  | (v) |  | - | - |
|  |  | (vi) |  | - | - |
|  |  | (Attach additional pages as needed) |  |  |  |
|  | **Total Disbursements (Operating & Plan)** | | **(20)** | **(1,127,610)** | **(1,127,590)** |
| 1. | **CASH (End of Period)** | | $ 2,144,421 | $ 2,144,421 | 2,144,441 |

**Note [1]:** The Oconee Liquidation Trust became effective on April 9, 2018.

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Reconciliation for 1st Quarter 2019

| Case Name: OCONEE REGIONAL HEALTH SYSTEMS, INC.<br>Case Number: 17-51005-AEC<br>Bank Account Information | Account #1 | Account #2 | | | |
|---|---|---|---|---|---|
| Name of Bank: | BB&T | Rabobank N.A. | | | |
| Account Number: | XXXX8545 | XXXX6866 | | | |
| Purpose of Account (Operating/Payroll/Tax) | Liquidating Trust | Liquidating Trust | | | |
| Type of Account (e.g. checking) | Checking | Checking | | | |
| 1. **Balance per Bank Statement** | $ - | $ 2,144,421 | | | |
| 2. **ADD**: Deposits not credited | | - | | | |
| 3. **SUBTRACT**: Outstanding Checks | - | - | | | |
| 4. Other Reconciling Items (bank error) | | | | | |
| 5. **Month End Balance** (Must Agree with Books) | $ - | $ 2,144,421 | | | |

**Note:** Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Purchase Price | Purchase Price |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Note:** Attach copy of each investment account statement.

*BB&T Account ending in 8545 was closed in December 2018. The balance was transferred to Rabobank Account ending in 6866.*

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

*Rabobank*  *Return Service Requested*


Rabobank, N.A.
Member FDIC
NMLS #649477

Period Covered:
January 01, 2019 - January 31, 2019
Page 1 of 3

Clifford Zucker
Three Times Square
9th Floor
New York NY 10036

| | |
|---|---|
| Case Number | 17-51005-AEC |
| Case Name | OCONEE LIQUIDATION TRUST |
| Trustee Number | 0000500710 |
| Trustee Name | Clifford Zucker |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account  TRUSTEE CHECKING | XXXXX6866 | $1,927,547.23 | $2,144,420.69 |
| **Total** | | **$1,927,547.23** | **$2,144,420.69** |

### Notable Information For You...

*Reminder: Make sure to include the deposit slip printed with the MICR line (Account/Routing number) with your check deposits.*

*On a multi-copy deposit slip, the top copy is printed with the MICR line and should be provided with the deposits.The duplicate copies either do not include the MICR line or have a "Duplicate" watermark printed on them and should be retained for your records.Deposit slips received without the MICR line must be processed manually, which will cause a delay in processing and the omission of the "Processed By" date in your BMS software.*

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

**Rabobank**  Return Service Requested

Period Covered:
January 01, 2019 - January 31, 2019
Page 2 of 3

Clifford Zucker
Three Times Square
9th Floor
New York NY 10036

| | |
|---|---|
| Case Number | 17-51005-AEC |
| Case Name | OCONEE LIQUIDATION TRUST |
| Trustee Number | 0000500710 |
| Trustee Name | Clifford Zucker |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## TRUSTEE CHECKING                                        Account Number: XXXXX6866

| | | | |
|---|---|---|---|
| Enclosures | 2 | **Beginning Balance** | **$1,927,547.23** |
| Avg Collected Balance | $2,081,467.00 | + Total Additions | $216,893.46 |
| | | - Total Subtractions | $20.00 |
| | | **Ending Balance** | **$2,144,420.69** |

### Checks

* Indicates a Skip in Check Number(s)
"E" Indicates an Electronic Check

| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| 118 | 01-22 | 10.00 | 119 | 01-28 | 10.00 |

### Credits

| Date | Description | Additions |
|---|---|---|
| 01-09 | DEPOSIT 100004 | 216,893.46 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-31 | 1,927,547.23 | 01-22 | 2,144,430.69 | 01-28 | 2,144,420.69 |
| 01-09 | 2,144,440.69 | | | | |

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*

Account Number    XXXXX6866

Period Covered:
January 01, 2019 - January 31, 2019
Page 3 of 3

| 01/22/19 | #118 | $10.00 | 01/22/19 | #118 | $10.00 |
| 01/28/19 | #119 | $10.00 | 01/28/19 | #119 | $10.00 |

Check #118, dated 01/16/2019, payable to Georgia Department of Revenue, PO Box 740239, Atlanta GA 30374-0239, for $10.00. Drawn on Oconee Liquidation Trust, c/o FTI Consulting, 3 Times Square, 9th Floor, New York NY 10036. Regarding: OCONEE LIQUIDATION TRUST (17-51005-AEC), Tax ID 58-2528516. Signed Clifford Zucker.

Check #119, dated 01/17/2019, payable to Georgia Department of Revenue, Processing Center, P.O. Box 740317, Atlanta GA 30374-0317, for $10.00. Drawn on Oconee Liquidation Trust, c/o FTI Consulting, 3 Times Square, 9th Floor, New York NY 10036. Regarding: 2016 GEORGIA FORM 600 - EIN 58-2528516. Signed Clifford Zucker.




**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
Return Service Requested

Rabobank, N.A.
Member FDIC
NMLS #649477

Period Covered:
February 01, 2019 - February 28, 2019
Page 1 of 2

Clifford Zucker
Three Times Square
9th Floor
New York NY 10036

| | |
|---|---|
| Case Number | 17-51005-AEC |
| Case Name | OCONEE LIQUIDATION TRUST |
| Trustee Number | 0000500710 |
| Trustee Name | Clifford Zucker |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | XXXXX6866 | $2,144,420.69 | $2,144,420.69 |
| **Total** | | **$2,144,420.69** | **$2,144,420.69** |

***Notable Information For You...***

*Need more UPS supplies to send your deposits into Rabobank?*

*You can order supplies yourself by logging into http://campusship.ups.com .*

*Complete instructions, including login credentials, may be found on the Stretto Client Portal (https://myresources.stretto.com )*

*> Request Supplies > UPS Information > Ordering Guide.*

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

**Rabobank**  *Return Service Requested*

Period Covered:
February 01, 2019 - February 28, 2019
Page 2 of 2

Clifford Zucker
Three Times Square
9th Floor
New York NY 10036

Case Number　　17-51005-AEC
Case Name　　OCONEE LIQUIDATION TRUST
Trustee Number　　0000500710
Trustee Name　　Clifford Zucker

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## TRUSTEE CHECKING                                          Account Number: XXXXX6866

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$2,144,420.69** |
| Avg Collected Balance | $2,144,420.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$2,144,420.69** |

***No activity this statement period***

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

*Return Service Requested*



Rabobank, N.A.
Member FDIC
NMLS #649477

Period Covered:
March 01, 2019 - March 31, 2019
Page 1 of 2

Clifford Zucker
Three Times Square
9th Floor
New York NY 10036

| | |
|---|---|
| Case Number | 17-51005-AEC |
| Case Name | OCONEE LIQUIDATION TRUST |
| Trustee Number | 0000500710 |
| Trustee Name | Clifford Zucker |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account<br>TRUSTEE CHECKING | XXXXX6866 | $2,144,420.69 | $2,144,420.69 |
| **Total** | | **$2,144,420.69** | **$2,144,420.69** |

*Notable Information For You...*

*Reminder: To ensure your banking security, please perform periodic audits to confirm challenge questions are completed and banking permissions are up-to-date for all staff members in both your Consumer Bankruptcy & Corporate Restructuring software. This helps confirm your identity to Stretto and the Rabobank teams, allowing only those staff members access to your bank information. To learn more, please contact Stretto Banking Services by email or by phone at 800-634-7734.*

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

*Return Service Requested*

Period Covered:
March 01, 2019 - March 31, 2019
Page 2 of 2

Clifford Zucker
Three Times Square
9th Floor
New York NY 10036

| | |
|---|---|
| Case Number | 17-51005-AEC |
| Case Name | OCONEE LIQUIDATION TRUST |
| Trustee Number | 0000500710 |
| Trustee Name | Clifford Zucker |

**Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## TRUSTEE CHECKING                                    Account Number: XXXXX6866

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$2,144,420.69** |
| Avg Collected Balance | $2,144,420.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$2,144,420.69** |

***No activity this statement period***