# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| IN RE:  OCONEE REGIONAL HEALTH SYSTEMS, INC., et al.,  } | CASE NUMBER: 17-51005-AEC |
| } | |
| } | |
| } | JUDGE AUSTIN CARTER |
| } | |
| DEBTOR.  } | CHAPTER 11 |

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD

**FROM**  4/1/2019  **TO**  6/30/2019

Comes now the Liquidating Supervisor, on behalf of the above-named debtor, and files its Post-Confirmation Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 7/11/2019

*/s/ Clifford Zucker*
Clifford Zucker
Liquidating Trustee

Debtor's Address
and Phone Number:
Oconee Regional Health Systems, Inc.
c/o Clifford Zucker
Liquidating Trustee
FTI Consulting
3 Times Square, 9th Floor
New York, NY  10036

Attorney's Address
and Phone Number:
GREENBERG TRAURIG, LLP
John D. Elrod
Attorney for the Liquidating Trustee
3333 Piedmont Rd NE, Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2259
Fax: (678) 553-2269

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | | X |
| | | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A | |
| 2. | Are all premium payments current? | | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

On April 9, 2018 the Oconee Regional Health Systems, Inc. Joint Plan of Liquidation (the "Plan") became effective. Following which, Clifford A. Zucker was appointed Liquidating Trustee to execute the provisions of the Plan.

**QUARTERLY OPERATING REPORT - POST CONFIRMATION**

ATTACHMENT NO. 2

**Case Name:** OCONEE REGIONAL HEALTH SYSTEMS, INC.
**Case Number:** 17-51005-AEC
**Date of Plan Confirmation:** 3/23/2018

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Qtr 2 - 2019 Quarterly | Post Confirmation Total[1] |
|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | $ 2,144,421 | $ - |
| 2. | **INCOME or RECEIPTS during the Period** | 5,880.81 | 3,277,911 |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | - | (12,526) |
| (ii) | Federal Taxes | - | (28) |
| (iii) | State Taxes | - | - |
| (iv) | Other Taxes | - | - |
| | | - | - |
| b. | **All Other Operating Expenses:** | (219,918) | (1,295,101) |
| | | | - |
| c. | **Plan Payments:** | | - |
| (i) | Administrative/Priority Claims | - | (8,631) |
| (ii) | General Unsecured Claims | - | - |
| (iii) | Other - Secured | - | - |
| (iv) | Other - Settlement Payments | - | (31,242) |
| (v) | | | - |
| (vi) | | | - |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | **(219,918)** | **(1,347,528)** |
| 1. | **CASH (End of Period)** | $ 1,930,384 | $ 1,930,384 |

**Note [1]:** The Oconee Liquidation Trust became effective on April 9, 2018.

# CHAPTER 11 POST-CONFIRMATION
# BANK ACCOUNT RECONCILIATIONS
### Reconciliation for 2nd Quarter 2019

| Case Name: OCONEE REGIONAL HEALTH SYSTEMS, INC.<br>Case Number: 17-51005-AEC<br>Bank Account Information | Account #1 | Account #2 | | | |
|---|---|---|---|---|---|
| Name of Bank: | BB&T | Rabobank N.A. | | | |
| Account Number: | XXXX8545 | XXXX6866 | | | |
| Purpose of Account (Operating/Payroll/Tax) | Liquidating Trust | Liquidating Trust | | | |
| Type of Account (e.g. checking) | Checking | Checking | | | |
| 1. **Balance per Bank Statement** | $ - | $ 1,930,384 | | | |
| 2. **ADD**: Deposits not credited | | - | | | |
| 3. **SUBTRACT**: Outstanding Checks | - | - | | | |
| 4. Other Reconciling Items (bank error) | | | | | |
| 5. **Month End Balance** (Must Agree with Books) | $ - | $ 1,930,384 | | | |

**Note: Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Purchase Price | Purchase Price |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Note: Attach copy of each investment account statement.**

*BB&T Account ending in 8545 was closed in December 2018. The balance was transferred to Rabobank Account ending in 6866.*

**CHAPTER 11 POST-CONFIRMATION**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

Case Number: 17-51005-AEC

| | |
|---|---|
| **Name of Bank** | BB&T |
| **Account Number** | XXXX8545 |
| **Purpose of Account (Operating/Payroll/Personal)** | Joint Payment |
| **Type of Account (e.g., Checking)** | Checking |

| | |
|---|---|
| **Name of Bank** | Rabobank N.A. |
| **Account Number** | XXXX6866 |
| **Purpose of Account (Operating/Payroll/Personal)** | Joint Payment |
| **Type of Account (e.g., Checking)** | Checking |

**Disbursements from 04/01/19 to 06/30/19**

| Bank Account | Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|---|
| XXXX6866 | | 04/05/19 | CohnReznick LLP | Professional Fees | 70,472.03 |
| XXXX6866 | | 04/05/19 | FTI Consulting | Professional Fees | 31,251.06 |
| XXXX6866 | | 05/01/19 | Dixon Hughes Goodman LLP | Tax Work | 15,450.00 |
| XXXX6866 | | 06/13/19 | FTI Consulting, Inc. | Professional Fees | 16,011.96 |
| XXXX6866 | | 06/13/19 | Greenberg Traurig Depository Account | Professional Fees | 86,732.84 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **Total Disbursements** | 219,917.89 |

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

*Return Service Requested*



Rabobank, N.A.
Member FDIC
NMLS #649477

Period Covered:
April 01, 2019 - April 30, 2019
Page 1 of 3

Clifford  Zucker
Three Times Square
9th Floor
New York NY 10036

| | |
|---|---|
| Case Number | 17-51005-AEC |
| Case Name | OCONEE LIQUIDATION TRUST |
| Trustee Number | 0000500710 |
| Trustee Name | Clifford  Zucker |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account<br>TRUSTEE CHECKING | XXXXX6866 | $2,144,420.69 | $2,048,578.41 |
| **Total** | | **$2,144,420.69** | **$2,048,578.41** |

*Notable Information For You...*

*Rabobank and Stretto would like to remind all clients to remain vigilant if they receive phone calls or emails from individuals requesting account numbers or other personally identifiable information (PII). If you are contacted by a scammer, please notify Stretto Banking Services immediately with pertinent information, including a name, phone number, location and any other details. Stretto Banking Services will notify Rabobank's fraud department immediately on your behalf.*

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

*Rabobank  Return Service Requested*

Period Covered:
April 01, 2019 - April 30, 2019
Page 2 of 3

Clifford Zucker
Three Times Square
9th Floor
New York NY 10036

| | |
|---|---|
| Case Number | 17-51005-AEC |
| Case Name | OCONEE LIQUIDATION TRUST |
| Trustee Number | 0000500710 |
| Trustee Name | Clifford Zucker |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## TRUSTEE CHECKING                            Account Number: XXXXX6866

| | | | |
|---|---|---|---|
| Enclosures | 2 | **Beginning Balance** | **$2,144,420.69** |
| Avg Collected Balance | $2,076,997.00 | + Total Additions | $5,880.81 |
| | | - Total Subtractions | $101,723.09 |
| | | **Ending Balance** | **$2,048,578.41** |

### Checks

*\* Indicates a Skip in Check Number(s)*
*"E" Indicates an Electronic Check*

| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| 120 | 04-11 | 70,472.03 | 121 | 04-11 | 31,251.06 |

### Credits

| Date | Description | Additions |
|---|---|---|
| 04-26 | DEPOSIT 100005 | 5,880.81 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-31 | 2,144,420.69 | 04-11 | 2,042,697.60 | 04-26 | 2,048,578.41 |

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
Return Service Requested

Account Number    XXXXX6866

Period Covered:
April 01, 2019 - April 30, 2019
Page 3 of 3

---

**Check #120 — 04/11/19 — $70,472.03**

Rabobank, N.A.
Santa Maria, CA
Phone: 800-465-2415 for Rabobank Specialty Deposits
90-3715 / 1222
Check No. 120
VOID AFTER 90 DAYS

OCONEE LIQUIDATION TRUST
FTI Consulting
3 Times Square, 9th Floor
New York NY 10036

Regarding: OCONEE LIQUIDATION TRUST (17-51005-AEC)
Invoices# 2559716, 2565362

Date 04/05/2019
$ ******70,472.03

---Seventy Thousand Four Hundred Seventy-Two Dollars and 03/100

Pay to the Order of:
CohnReznick LLP
4 Becker Farm Road
Roseland NJ 07068

Clifford Zucker

Endorsement: Pay To The Order Of M&T Bank For Deposit Only CohnReznick LLP operating

04/11/19    #120    $70,472.03       04/11/19    #120    $70,472.03

---

**Check #121 — 04/11/19 — $31,251.06**

Rabobank, N.A.
Santa Maria, CA
Phone: 800-465-2415 for Rabobank Specialty Deposits
90-3715 / 1222
Check No. 121
VOID AFTER 90 DAYS

OCONEE LIQUIDATION TRUST
FTI Consulting
3 Times Square, 9th Floor
New York NY 10036

Regarding: OCONEE LIQUIDATION TRUST (17-51005-AEC)
Matter # 465281.0001, Invoice #7499969

Date 04/05/2019
$ ******31,251.06

---Thirty-One Thousand Two Hundred Fifty-One Dollars and 06/100

Pay to the Order of:
FTI Consulting
P.O. Box 418005
Boston MA 02241-8005

Clifford Zucker

Endorsement: >011000138< CR PAYEE ACCT LACK END GTD BANK OF AMERICA  A-1090 4  20190410  2001801422  358 BOS-418005

04/11/19    #121    $31,251.06       04/11/19    #121    $31,251.06

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*

Rabobank, N.A.
Member FDIC
NMLS #649477

Period Covered:
May 01, 2019 - May 31, 2019
Page 1 of 3

Clifford Zucker
Three Times Square
9th Floor
New York NY 10036

| | |
|---|---|
| Case Number | 17-51005-AEC |
| Case Name | OCONEE LIQUIDATION TRUST |
| Trustee Number | 0000500710 |
| Trustee Name | Clifford Zucker |

**Questions**
(800) 634-7734
banking.services@stretto.com
**www.stretto.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | XXXXX6866 | $2,048,578.41 | $2,033,128.41 |
| **Total** | | **$2,048,578.41** | **$2,033,128.41** |

*Notable Information For You...*

*If you are concerned that a check you are depositing is from an account subject to closure, stop payments or insufficient funds, be advised that it often takes a week or more to process and return a check. If you have a deposit returned, you will be notified immediately by email and sent a notice through regular mail. If you receive a returned deposit item (RDI) notice, immediately place stop payments on any written checks dependent on those deposited funds and arrange for a replacement item from the maker.*

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
Rabobank  *Return Service Requested*

Period Covered:
May 01, 2019 - May 31, 2019
Page 2 of 3

Clifford Zucker
Three Times Square
9th Floor
New York NY 10036

| | |
|---|---|
| Case Number | 17-51005-AEC |
| Case Name | OCONEE LIQUIDATION TRUST |
| Trustee Number | 0000500710 |
| Trustee Name | Clifford Zucker |

**Questions**
(800) 634-7734
banking.services@stretto.com
**www.stretto.com**

## TRUSTEE CHECKING                                          Account Number: XXXXX6866

| | | | |
|---|---|---|---|
| Enclosures | 1 | **Beginning Balance** | **$2,048,578.41** |
| Avg Collected Balance | $2,035,620.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $15,450.00 |
| | | **Ending Balance** | **$2,033,128.41** |

**Checks**

\* Indicates a Skip in Check Number(s)
"E" Indicates an Electronic Check

| Check # | Date | Amount |
|---|---|---|
| 122 | 05-06 | 15,450.00 |

**Daily Balances**

| Date | Amount | Date | Amount |
|---|---|---|---|
| 04-30 | 2,048,578.41 | 05-06 | 2,033,128.41 |

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

Rabobank  *Return Service Requested*

Account Number    XXXXX6866

Period Covered:
May 01, 2019 - May 31, 2019
Page 3 of 3




| 05/06/19 | #122 | $15,450.00 | 05/06/19 | #122 | $15,450.00 |

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

*Return Service Requested*

Rabobank, N.A.
Member FDIC
NMLS #649477

Period Covered:
June 01, 2019 - June 30, 2019
Page 1 of 2

Clifford Zucker
Three Times Square
9th Floor
New York NY 10036

| | |
|---|---|
| Case Number | 17-51005-AEC |
| Case Name | OCONEE LIQUIDATION TRUST |
| Trustee Number | 0000500710 |
| Trustee Name | Clifford Zucker |

📞 **Questions**
(800) 634-7734
banking.services@stretto.com
**www.stretto.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | XXXXX6866 | $2,033,128.41 | $1,930,383.61 |
| **Total** | | **$2,033,128.41** | **$1,930,383.61** |

*Notable Information For You...*

*Reminder: Please include the deposit slip printed with the MICR line (Account/Routing number) with your check deposits. When using a multi-copy deposit slip, the top copy is printed with the MICR line and should be provided with the deposits. Duplicate copies should be retained for your records. Deposit slips received without the MICR line are processed manually and may cause a delay due to additional research time required to locate the account number.*

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*

Period Covered:
June 01, 2019 - June 30, 2019
Page 2 of 2

Clifford Zucker
Three Times Square
9th Floor
New York NY 10036

| | |
|---|---|
| Case Number | 17-51005-AEC |
| Case Name | OCONEE LIQUIDATION TRUST |
| Trustee Number | 0000500710 |
| Trustee Name | Clifford Zucker |

**Questions**
(800) 634-7734
banking.services@stretto.com
**www.stretto.com**

## TRUSTEE CHECKING                                  Account Number: XXXXX6866

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$2,033,128.41** |
| Avg Collected Balance | $1,971,481.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $102,744.80 |
| | | **Ending Balance** | **$1,930,383.61** |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 06-13 | WIRE TRANSFER-OUT FTI CONSULTING INC 20190613L2B77Y1C00 0093 | 16,011.96 |
| 06-13 | WIRE TRANSFER-OUT GREENBERG TRAURIG 20190613L2B77Y1C00 0094 | 86,732.84 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 05-31 | 2,033,128.41 | 06-13 | 1,930,383.61 |